PLAINTIFFS' EXHIBIT 8

 **NYC Health**

NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE

Thomas A. Farley, MD, MPH
*Commissioner*

November 09, 2012

## OWNER OR MANAGING AGENT

MARK   KIMPSON
19 BREVOORT PLACE
BROOKLYN, NY 11216

RE:   Order No.:
LASU No:
Address:   490 MACDONOUGH STREET
BROOKLYN, NY 11233

Apt. No:
Floor:

Dear Building Owner or Managing Agent:

New York City Department of Health and Mental Hygiene Lead Poisoning Prevention Program Field Support Unit (FSU) records indicate that you have either failed to comply with the above order issued pursuant to New York City Health Code Section 173.13, 173.14 or 3.09 or have not retained a third party inspector to conduct a visual inspection and surface dust testing at the completion of work that has disturbed lead based paint. All dust samples must be tested by a New York State Department of Health approved (ELAP and NLLAP certified) environmental laboratory.  Our records indicate the following:

☑      To date, the Department has not received surface dust wipe sample results

☐   The Department has reviewed the results you submitted and has determined that:
   ☐   Additional samples must be taken.
   ☐   Samples were not collected at the required locations.
   ☐   Levels exceeded the levels required for clearance.
   ☐   The laboratory is not ELAP/NLLAP certified for analyzing dust wipe samples.



PLAINTIFF'S
EXHIBIT
8
7/23/14

**LEAD POISONING PREVENTION PROGRAM**
253 Broadway, 11th Floor, CN 58, New York, New York 10007, (212) 676-6379, Fax (212) 676-6188

Please be advised that you must conduct post abatement clearance surface dust wipe sampling and analysis by an ELAP and NLLAP certified laboratory and/or repeat final clean up, inspection and dust wipe sampling for the above referenced premises.

You must submit results of the surface dust wipe sampling and testing by hand delivery or fax to:

New York City Department of Heath and Mental Hygiene
Lead Poisoning Prevention Program
Field Support Unit
253 Broadway 11th Floor, CN 58
New York, NY 10007
Fax: (212) 676-6188

If you have any questions, or believe that you have complied with the applicable Health Code provisions, please telephone the FSU staff at (212) 676-6379.

Yours truly,

Deborah Nagin, Director

**WARNING**
**FAILURE TO COMPLY WITH AN ORDER OF THE COMMISSIONER IS A VIOLATION OF THE NEW YORK CITY CODE AND A MISDEMEANOR, FOR WHICH YOU MAY BE SUBJECT TO CIVIL AND CRIMINAL PENALTIES INCLUDING FINES AND FORFEITURES**

## DEPOSITION TRANSCRIPT PAGES

DEFENDANT MARK KIMPSON - JULY 23, 2014

PLAINTIFF NIKI HERNANDEZ-ADAMS – JUNE 25, 2014

PLAINTIFF NIKI HERNANDEZ-ADAMS – OCTOBER 1, 2014

JOSHUA MENDEZ - JUNE 25, 2014

JOSHUA MENDEZ – OCTOBER 1, 2014

Defendant Mark Kimpson-

The Following Pages are from the

Deposition Transcript taken on July 23, 2014.

| | | Mark Kimpson | 6 |

1

2    A    Okay.

3    Q    Where were you born?

4    A    In New York.

5    Q    I'm sorry?

6    A    In New York.

7    Q    Where in New York?

8    A    Brooklyn.  Jewish Women's -- Brooklyn

9  Women's Hospital.

10    Q    What is your date of birth?

11    A    8-14-62.

12    Q    Your Social Security number?

13         MR. STEWART:  He'll give it to you off

14    the record.

15         Okay, give the last four numbers.

16    A    7630.

17         MR. FRANKEL:  We'll make a note that

18    we'll be asking for his full Social Security

19    number.

20    Q    Mr. Kimpson, do you currently own any

21  buildings anyplace in New York City?

22    A    Yes.

23    Q    Where are they?

24         Let's take it one at a time.

25    A    Well, I own 490 Macdonough Street.

<pre>
 1                    Mark Kimpson                    9

 2        A     No.

 3        Q     At the time that you purchased 490

 4   Macdonough, was the building vacant?

 5        A     Yes.

 6        Q     Was it your intention to turn it into a

 7   residential building, rent it out?

 8        A     Yes.

 9        Q     There were three apartment units when

10   you purchased it as well?

11        A     Yes.

12        Q     One was a basement apartment?

13        A     Yes, sir.

14        Q     Next one would be considered the first

15   floor, or the second one?

16        A     I don't know.

17        Q     Doesn't matter?

18        A     No.

19        Q     And one above that?

20        A     Yes.

21        Q     So there's three, one on top of the

22   other?

23        A     Yes.

24        Q     What was the condition of the building

25   when you purchased it?
</pre>

```
 1                    Mark Kimpson                    10

 2         A      It was in bad condition.

 3         Q      When you say bad condition, is it fair

 4   to say it was not habitable, people couldn't move

 5   in and live in the condition it was in?

 6         A      Yes.

 7         Q      What things did you do to fix up the

 8   building before you could rent it?

 9         A      I had each apartment re-Sheetrocked,

10   that's five-eighths Sheetrock all around; I had

11   wood floors installed; I had the Sheetrock

12   painted, primed with two coats of paint, one coat

13   of prime.

14         Q      Anything else?  Did you have the

15   electric, the plumbing --

16         A      Yeah, electric.

17         Q      Did you rewire the whole building?

18         A      Rewired the building.

19         Q      How about in the basement, boiler, hot

20   water heater?

21         A      Hot water heater.

22         Q      Did you repair all three apartments at

23   the same time?

24         A      No.

25         Q      One at a time?
```

Mark Kimpson                    11

1

2      A      Yes.

3      Q      Which one was first?

4      A      The top floor.

5      Q      How many rooms does that apartment

6  have?

7      A      When you say rooms, counting

8  everything?

9      Q      Yes.

10     A      Living room, bathroom, kitchen --

11  Five.

12            MR. STEWART:  Including the bathroom?

13            THE WITNESS:  Including the bathroom

14     and the kitchen.

15     Q      Did you do much of the work yourself or

16  did you have outsiders do the work?

17     A      I had outsiders do the work.

18     Q      Did you do any work on the upstairs

19  apartment?

20     A      No.

21     Q      Was it a licensed contractor?

22     A      I don't know if he had a license.

23     Q      Do you know whether they had a license

24  or not?

25     A      No.

Mark Kimpson                                    12

1

2      Q      Was the contractor or the person who

3  did the work a friend of yours or someone you knew

4  before?

5      A      No, it was just associate, someone that

6  recommended somebody that did work.

7      Q      Had he ever done any other work for you

8  in any other building?

9      A      No.

10      Q      What's his name?

11      A      Randy.

12      Q      Does he have a company name?

13      A      Not that I know of.

14      Q      Did you pay him in cash or by check?

15      A      Cash.

16      Q      Was that for everything in each

17  apartment?

18      A      Yes.

19      Q      Did he give you invoices or paid bills

20  for each time you paid him cash?

21      A      No.

22      Q      Do you have any invoices or paid bills

23  for the third floor apartment?

24      A      No.

25      Q      How long did it take for him to

```
1                     Mark Kimpson                    13

2    complete the work on the third floor?

3         A      I don't recall exactly.

4         Q      Couple of months, couple of weeks?

5         A      I don't recall.  A month maybe.

6         Q      After he finished the third floor, did

7    he start on the second floor, moving down?

8         A      Yes.

9         Q      When he was doing the third floor,

10   before he started on the second floor, was the

11   Sheetrock put up for every wall in the apartment

12   or were some of the walls left the way they were?

13        A      What do you mean on the second floor?

14        Q      Starting on the third floor, did he

15   have to Sheetrock every wall throughout the

16   apartment or was some of it in good enough shape

17   to leave the way they were?

18        A      No, everything got Sheetrocked.

19   Everything.  It was five-eighths Sheetrock.  The

20   fireproof, everything.  So everything five-eighths

21   Sheetrocked all the way around, primed, paint it

22   two coats of paint.  New wood floors went down.

23        Q      Was Sheetrock put over Sheetrock that

24   was already in existence?

25        A      I don't know.
```

```
 1                    Mark Kimpson                14

 2      Q      Were you there when the work was being

 3  done?

 4      A      Not all the time.

 5      Q      You were there from time to time?

 6      A      Yes.

 7      Q      How often would you go and observe the

 8  work?

 9      A      Three times a week.

10      Q      When you were there, did you observe

11  the Sheetrock being put up on the walls?

12      A      Yes.

13      Q      You can't tell us whether or not

14  certain walls were left behind the Sheetrock?

15             MR. STEWART:  Object to the form.

16      A      The way I -- what I seen, it was no

17  Sheetrock behind it.

18      Q      There was nothing behind the wall?

19      A      No.  All that stuff got demo'd.

20      Q      How about the support beams and support

21  walls?

22      A      No, the support beams and the ceiling

23  stayed.

24      Q      When you say the ceiling stayed, the

25  original ceiling that had been there?
```

1                    Mark Kimpson                    15

2      A      No, the beams.

3      Q      The beams in the ceiling?

4      A      Yeah.

5      Q      And some of the beams in the walls?

6      A      Yeah, some of the beams.

7      Q      Did Randy make the decision as to which

8  ones to remove, what to change, how to do the job,

9  or did you tell him how to do it?

10     A      He pretty much made decisions.

11     Q      Now, the way you described the third

12 floor, after the third floor was completed, was

13 the second floor done pretty much in the same way?

14     A      What do you mean the same way?

15     Q      Painting, new wood floors.

16     A      Yes.

17     Q      Everything was completely redone?

18     A      Yes.

19     Q      With regard to the kitchen and

20 bathroom, let's start on the third floor, were

21 they completely renovated, the kitchen and

22 bathroom?

23     A      Yes.

24     Q      Were new sinks and commodes installed?

25     A      New cabinets, new sinks, marble floors.

```
 1                    Mark Kimpson              16

 2        Q     Did you put things in like a

 3   refrigerator?

 4        A     Yes.

 5        Q     That was new as well?

 6        A     Yes.

 7        Q     Randy did the plumbing and the

 8   electrical as well?

 9        A     Yes.

10        Q     You don't know if he has any licenses

11   to do either of those, do you?

12        A     No.

13        Q     Do you have an address for Randy?

14        A     No.

15        Q     If you needed to find him today, you

16   don't know where he --

17        A     I can try to call him.

18              MR. FRANKEL:  Leave space in the record

19         for Randy's full name, address and phone

20         number, if you can get it.

21   (INSERT)

22

23        Q     Do you know about how long it took to

24   complete the second floor?

25        A     About a month.
```

```
 1                    Mark Kimpson              19

 2        A     Could be.  I don't recall exact no

 3   more.

 4        Q     How about Donstan, how much did you pay

 5   him?

 6        A     Maybe two hundred dollars.

 7        Q     Two hundred dollars?

 8        A     Yeah.

 9        Q     Did your father also give you money to

10   have the building repaired to pay Randy?

11        A     No, no.

12        Q     That was your own money?

13        A     Yes.

14        Q     This building you purchased in 2011.

15   Prior to that time had you ever owned or been

16   considered the landlord of any other buildings?

17        A     Yes.

18        Q     When did you first become a landlord?

19        A     I think in '89.

20        Q     What building was that?

21        A     On Kingston Avenue.

22        Q     Do you have the address?

23        A     I don't recall the address.

24        Q     Pardon?

25        A     I don't recall the address.
```

```
 1                    Mark Kimpson                    20

 2      Q     What kind of building was that?

 3      A     Two-family building.

 4      Q     Was it a house?

 5      A     Yes.

 6      Q     Did you live in the house?

 7      A     No, sir.

 8      Q     For how long did you own that property?

 9      A     Maybe three years.

10      Q     You sold it sometime later?

11      A     Yes.

12      Q     At the time you had the Kingston Avenue

13   property, did you purchase any other properties?

14      A     Yes.

15      Q     Where?

16      A     Willoughby, 458 Willoughby.

17      Q     What kind of building was that?

18      A     Two-family.

19      Q     What year was that?

20      A     I don't recall.

21      Q     Approximately?

22      A     I don't know.

23      Q     How long after you bought Kingston, a

24   year or two, three?

25      A     No.  Years after that.
```

```
 1                    Mark Kimpson              32

 2   Willoughby building was; more than twenty years,

 3   more than thirty years?

 4        A     Yeah, all of the buildings are old.

 5   Only one wasn't old was Hendricks, 'cause that was

 6   a new building.

 7        Q     When you say new, in the last ten years

 8   it was built?

 9        A     Yes.

10        Q     And the rest were fifty, sixty years

11   old?

12              MR. STEWART:  Objection to form.

13        A     Yes.

14        Q     Jefferson also?

15        A     Yes.

16        Q     Other than that and other than

17   Macdonough, what other buildings have you owned,

18   or homes?

19        A     839 Lafayette.

20        Q     Do you know when you bought that?

21        A     I don't recall the exact date.

22        Q     More than ten years ago, less than ten

23   years ago?

24        A     More than ten years.

25        Q     What kind of structure was that?
```

```
1                         Mark Kimpson                    58

2        A      Yes.

3        Q      Floors removed?

4        A      Yes.

5        Q      At that time did you have any

6   discussion with that person about lead paint

7   anywhere in the premises?

8        A      No.

9        Q      Were you aware of whether there might

10  be lead paint in the premises?

11       A      No.

12       Q      At the time that you purchased the

13  building on Jefferson, did you sign all of the

14  papers for the purchase as opposed to your wife or

15  someone else?

16       A      I signed.

17       Q      At that time do you remember receiving

18  a lead paint disclosure statement?

19       A      No, I don't recall.

20       Q      Have you ever heard of such a thing?

21       A      Yes.

22       Q      When did you first learn about that?

23       A      The first time I signed a lead paint

24  disclosure was when we signed the lease with

25  Mendez and the broker had a lead lease -- a lead
```

```
 1                    Mark Kimpson                 59

 2     form.

 3         Q      At the time that the renovation was

 4     done, before that had you had anyone come in to

 5     test to see if there was lead in the premises?

 6         A      Where?

 7                MR. STEWART:  What premises?

 8         Q      At Macdonough, 490 Macdonough.

 9         A      No.

10         Q      So you didn't know at the time that the

11     demolition was done whether there was lead paint

12     on the walls or inside the walls or in any part of

13     490 Macdonough?

14                MR. STEWART:  Objection to form.

15         A      No, sir.

16         Q      Who gave you the form for the lead

17     paint disclosure when the Mendez's were moving in?

18         A      The broker.

19         Q      Did you ask the broker what that was

20     for?

21         A      Yes.

22         Q      Did the broker explain to you that you

23     have to indicate that there is no lead in the

24     premises?

25         A      She said I had to indicate whether I
```

```
1                        Mark Kimpson                    63

2      tenants to sign?

3           A     What forms?

4           Q     Each time you had a tenant at

5      Willoughby, for example.

6           A     I didn't have any forms.

7           Q     You didn't have tenants sign leases

8      and --

9           A     No.

10          Q     -- just came off the street?

11          A     They didn't have leases.

12          Q     They didn't have leases?

13          A     No.

14          Q     And they didn't sign anything?

15          A     No.

16          Q     And you didn't sign anything?

17          A     No.

18          Q     That was all cash?

19          A     Yes.

20          Q     And you declared that cash?

21          A     For my taxes, yes.

22          Q     How did you keep a record of that if

23     there were no checks?

24          A     Well, you know how much you paid a

25     month and you times it by twelve.
```

```
 1                    Mark Kimpson              67

 2     lead paint disclosure form, you just signed it?

 3               MR. STEWART:   Objection to form.

 4     A     Yes.

 5               (Whereupon, a short break was taken.)

 6     Q     I ask you if you would take a look at

 7     what's been marked as Plaintiff's Exhibit 1 for

 8     identification.

 9               Do you recognize that document?

10     A     Yes, sir.

11     Q     Have you seen it before?

12     A     Yes.

13     Q     What is that?

14     A     This is the lead disclosure form.

15     Q     Was that signed when the lease was

16     signed by the Mendez family?

17     A     Yes, they signed it.

18     Q     And you signed it as well?

19     A     I initial it here.

20     Q     You initialed it?

21     A     Right.

22     Q     Did you read it before you initialed

23     it?

24     A     No, the attorney -- I mean, the broker

25     asked me was any lead here, do you know of any
```

Mark Kimpson                              68

1    lead here, you don't know, and I said I'm -- I

2    don't know of lead being here.  I didn't read the

3    form.

4         Q     You didn't read the form at all?

5         A     No.

6         Q     So at the point at which you initialed

7    that you have no knowledge of lead based paint,

8    the part that also says that you're supposed to

9    give them a copy, see the thing on top, you're

10   supposed to give them a copy of a booklet, the

11   pamphlet, if you look in the middle, it says,

12   protect your family from lead in your home, you

13   didn't give the family any pamphlet?

14        A     The broker had that.

15        Q     But they didn't sign that, so they --

16        A     They got this.

17        Q     The form?

18        A     No, the --

19              MR. STEWART:  No, he said the broker

20        gave them the pamphlet.

21        Q     They never acknowledged that they

22   received it.  You saw the broker give a pamphlet

23   to --

24        A     Who signed?

```
 1              Mark Kimpson                 73
 2              MR. STEWART:  Let him finish his
 3       answer.
 4              MR. FRANKEL:  I didn't ask him that
 5       question.  It's not responsive.
 6       Q     Answer my questions.  If your lawyer
 7  wants to ask you questions, he can ask you and you
 8  can respond.
 9              Were the doors there originally?
10       A     The dogs?
11       Q     Doors.
12       A     The doors, some was changed.
13       Q     Some were the same?
14       A     Right.
15       Q     Those doors that were the same were
16  many years old?
17       A     Yes.
18       Q     When demolition was done, were the
19  ceilings touched?
20       A     Ceilings were Sheetrocked five-eighth
21  all around.
22       Q     Were the ceilings taken down before
23  they were Sheetrocked?
24       A     Yes.
25       Q     You don't know what was in the ceilings
```

1               Mark Kimpson                        74

2    when they were taken down?

3         A    No.

4         Q    Or behind the walls when they were

5    taken down?

6         A    No.

7         Q    You never had any tests performed at

8    all?

9         A    No, sir.

10         Q    When you learned of the problem with

11   Geronimo Mendez, how did you first find out about

12   that?

13         A    His mother called me.

14         Q    What did she tell you?

15         A    That Geronimo has a high blood level of

16   lead.

17         Q    Did she tell you whether anything had

18   been found by the doctors?

19         A    She said he has a high blood level of

20   nine.

21         Q    Did you ask any other questions?

22         A    No.

23         Q    At that point did you try to ascertain

24   what the impact of a high blood level in an infant

25   can be?

```
 1                    Mark Kimpson                 75

 2       A     Yes.

 3       Q     How did you do that?

 4       A     Called the lead company.

 5       Q     The lead company?

 6       A     Yes.

 7       Q     Was it an abatement company?

 8       A     Yes.

 9       Q     Did they tell you about what a high

10  lead level can do to an infant?

11       A     They didn't tell me -- They told me

12  they would come out and inspect for the lead.

13       Q     They inspected for the lead?

14       A     Right.

15       Q     They found lead all over the apartment?

16       A     Right.

17             MR. STEWART:  Objection to form.

18       Q     Correct?

19       A     Yes.

20       Q     They gave you a form that showed you

21  where they found the lead?

22       A     Yes.

23       Q     It wasn't just by some door or one

24  area, one wall?

25       A     It was basically around the mouldings
```

1                    Mark Kimpson                    77

2       A     Yes.

3       Q     Do you still work with that agent?

4       A     No.

5       Q     What's the agent's name?

6       A     Natalie Cosby.

7       Q     Do you know where she worked?

8       A     Well, she did work at Douglas.

9       Q     Elliman?

10      A     Yes.

11      Q     Before you bought 490 Macdonough, did

12   you have an engineer do an examination, give you a

13   report?

14      A     No, sir.

15      Q     Did you have any inspectors do a

16   physical examination?

17      A     No, sir.

18      Q     When the Mendez family was living in

19   the basement, was there a tenant named

20   W-A-S-H-A-M, and her roommate Marie DeVallace,

21   living in the apartment above the Mendez's?

22      A     Yes.

23      Q     A woman named Eileen Richman lived

24   above them?

25      A     Yes.

```
1                    Mark Kimpson              78

2      Q      That was at the same time?

3      A      Yes, sir.

4      Q      At that point Geronimo had been born

5  and those people were living in the building as

6  well?

7      A      Yes.

8      Q      Did they start to rent shortly after

9  the Mendez family?

10     A      I don't recall if they rented before or

11 after.  I know Eileen, she definitely rented

12 after, 'cause the top floor went in last.

13     Q      When you purchased each of the

14 properties that we discussed before, did you have

15 an engineer and/or inspector investigate any of

16 those properties?

17     A      No, sir.

18     Q      You did it on your own?

19     A      Yes, sir.

20     Q      Did you ever ask any of the people you

21 were buying from, the landlords, whether there was

22 either lead paint or asbestos in the property?

23     A      No, sir.

24     Q      Did you in any of those buildings ever

25 test or have someone test for lead paint or lead
```

```
1                    Mark Kimpson                    83

2           held off the record.)

3      Q      When the Mendez family occupied the

4    apartment, were there times you saw Geronimo,

5    walking, crawling on the floor?

6      A      Yes.

7      Q      Did you ever see that she was nursing

8    Geronimo?

9      A      Nursing?

10     Q      As a mother, breast-feeding.

11     A      Yes.

12     Q      She'd be down on the floor with him

13   sometimes playing with him?

14     A      No.

15     Q      You never saw her on the floor?

16     A      No.

17     Q      Did you ever see him on a rug or a

18   carpet of some kind, or a mat?

19     A      No, I seen him on the floor crawling.

20     Q      At the time that he was there, other

21   than the lead, did you ever hear that he suffered

22   any injuries?

23           MR. STEWART:  Objection to form.

24     A      No.

25     Q      They paid their rent monthly; is that
```

```
 1                    Mark Kimpson                84

 2      correct?

 3          A     Yes.

 4          Q     How much was that?

 5          A     Seventeen-fifty.

 6          Q     Did they pay by check or in cash?

 7          A     They paid Quick Pay.

 8          Q     I'll ask that you accept my

 9      representation that Geronimo was born on August

10      1st, 2011.

11                When did you first see him after that,

12      if you know?

13          A     That day.

14          Q     You saw him when he was born?

15          A     I was in the building cleaning the

16      hallway when she was having the baby.  She had the

17      baby in the apartment.

18          Q     Was there a midwife there?

19          A     I guess so.

20          Q     Did you see the baby after he was born?

21          A     Yes.

22          Q     Did there come a time where you learned

23      that a nine blood lead level in an infant is a

24      serious condition?

25                MR. STEWART:  Objection to form.
```

```
 1                    Mark Kimpson                    90

 2      Q      Roc?

 3      A      Yeah.   R-O-C.

 4      Q      Was that a single person?

 5      A      Single female.

 6      Q      Any children?

 7      A      She has a child now.

 8      Q      How old?

 9      A      Couple of months.

10      Q      Did you tell her that the apartment

11   previously had lead?

12      A      Yes.

13      Q      Did you show her the report?

14      A      Yes, I gave a copy to her.

15      Q      Did you sign a form similar to

16   Plaintiff's Exhibit 1?

17      A      Yes.

18      Q      Did you see the broker or did you give

19   her a pamphlet to read?

20      A      I gave her a pamphlet.

21      Q      Is that the first time you had a

22   pamphlet?

23      A      Yes.

24      Q      Before the lead testing company came,

25   did you test yourself for lead in the apartment?
```

```
 1                    Mark Kimpson              91

 2        A    Me?

 3        Q    Yes.

 4        A    No.

 5        Q    Did you have anyone else do it prior to

 6   a company?

 7        A    Test for me?

 8        Q    Come in to test the apartment for lead.

 9        A    No.

10        Q    Just the company?

11        A    No.

12        Q    Only the company?

13        A    The lead company, right.

14        Q    But before that you didn't do anything

15   to test it yourself?

16             MR. STEWART:  Objection.

17        A    No.

18             MR. STEWART:  Asked and answered.

19        Q    I'll ask you to look at Exhibit 6.

20        A    I've never seen this letter.

21             MR. STEWART:  He didn't ask a question.

22        Q    Have you ever seen that letter before?

23        A    No.

24        Q    You never received a copy of it?

25        A    No, sir.
```

1              Mark Kimpson                    92

2       Q     Do you know who this company is?

3       A     No.

4       Q     If you would look at Exhibit 7, please,

5   for identification.

6       A     I never saw this one before either.

7       Q     So you never saw a document from

8   Enviroprobe, Inc. for the apartment which the

9   Mendez's occupied?

10      A     No.

11      Q     Did you ever become aware that Joshua

12  Mendez had the apartment inspected for lead as

13  well also?

14      A     No, he never told me.

15            By September --

16            MR. STEWART:  Stop, stop, stop.

17  There's no question.

18      Q     When you saw Geronimo Mendez crawling

19  on the floor in the apartment at times, were you

20  aware of the fact that he was teething?

21      A     No.

22      Q     You had no idea he was at the age of

23  teething?

24            MR. STEWART:  Objection.

25      Q     Did you speak to the mother about it?

Plaintiff Niki Hernandez-Adams–

The Following Pages are from the

Deposition Transcript taken on June 25, 2014.

8

NIKI HERNANDEZ-ADAMS

1

2    Q    Okay.  So, 490 Macdonough Street was that the

3 address that you lived at that was owned by the

4 Defendant, Mark Kimpson, correct?

5    A    Yes.

6    Q    When did you move in there?

7    A    We moved in there in the end of May of 2011.

8    Q    Who moved in there with you?

9    A    My husband and two dogs and I was pregnant

10 with my son.

11    Q    You were pregnant at the time that you moved

12 in?

13    A    Yes.

14    Q    What kind of dogs do you have?

15    A    Two of them.  We have a Beagle and we have a

16 Papillon.

17    Q    How many months pregnant were you when you

18 moved in?

19    A    Six months.

20    Q    Did Mark Kimpson know that you were pregnant?

21    A    Yes.

22    Q    Did you tell him?

23    A    Yes.  We had a casual conversation about it

24 when I met him.  It was very obvious.  I had my baby

25 shower just within -- it was May 5th.  It was pretty

10

1                    NIKI HERNANDEZ-ADAMS

2        A     No, it was very normal.

3        Q     Where were you living when you became

4   pregnant?

5        A     I was living at 915 Bedford.

6        Q     Was that in Brooklyn?

7        A     Yes.

8        Q     When did you move to 915 Bedford in Brooklyn?

9        A     Let's see, I'm not certain of the exact date.

10  We were there for several years.

11       Q     Do you remember what years?

12       A     I'm not positive.  I think 2009.  But I'm not

13  certain.

14       Q     Did you go directly from 915 Bedford to 490

15  Macdonough?

16       A     Yes.

17       Q     What is your highest level of education?

18       A     I have an MFA from the University of

19  Washington in Seattle.

20       Q     What year did you receive that degree?

21       A     Let's say 2005.  I will have to check my

22  diploma, sorry.

23       Q     That's okay, I understand.  Where were you

24  born?

25       A     Citrus Heights, California.

11

                    NIKI HERNANDEZ-ADAMS

1

2      Q    Where did you go to elementary school?

3      A    I went to many schools.  I was a military

4   brat.  We moved every two or three years.  I don't

5   remember many of them.  I can tell you where I

6   graduated from high school.  I went to two different

7   high schools.

8      Q    Where did you graduated high school?

9      A    From E. E. Smith High School in Fayetteville,

10  North Carolina.

11     Q    Do you remember what high school you attended

12  before that?

13     A    I think that was Leavenworth, Kansas.

14     Q    What about before that?

15     A    I think that was Cristobal High School in

16  Panama.

17     Q    How long did you live in Panama?

18     A    Two years.

19     Q    Had you ever lived outside of the continental

20  United States, other than that?

21     A    No, that was the only time.

22     Q    What is your current occupation?

23     A    I'm a freelance costume designer.

24     Q    Have you ever had any other occupations?

25     A    Yes.  I have had a multitude of odd jobs.  I

14

NIKI HERNANDEZ-ADAMS

2    2013?

3         A     We had sort of abstractly talked about when

4    we had a family we might one day move.  But we didn't

5    have any plans to move, no.

6         Q     Why did you move from Florida to Texas?

7         A     We knew we had to leave our apartment in

8    Brooklyn.  Since we had talked about moving as a

9    family, we knew that we also had my husband's family

10   that lived in Texas.  We decided to try it out there.

11        Q     When you moved into your parents' house in

12   Florida, was that intended to be temporary or were you

13   intending to stay in Florida?

14        A     Temporary.

15        Q     What is Geronimo's date of birth?

16        A     August 1st, 2011.

17        Q     Did you have any other children before

18   Geronimo was born?

19        A     No.

20        Q     Had you ever been pregnant before Geronimo

21   was born?

22        A     No.  It took a long time to conceive him.

23        Q     Do you have any other children?

24        A     We have Rose Marie Josephine Mendez.

25        Q     What is her date of birth?

43

1                    NIKI HERNANDEZ-ADAMS

2    test of his one year check-up?

3        A    Just shortly after our appointment.  I was

4    not expecting a call from the pediatrician.

5        Q    What did the pediatrician say when she called

6    you?

7        A    She just called and said I want to tell you

8    we discovered that your son has an elevated lead level

9    in his blood.  It was very serious.  We need to look

10   into having the place tested if you're not sure there

11   is lead there.

12            At that point I didn't have an idea really

13   even then about how serious this was.  But that is what

14   she told me over the phone.  We ended up calling her

15   back later and talking more.

16       Q    What more did you talk about when you called

17   back later?

18       A    We talked about what it really meant, having

19   an elevated lead level.  That having anything over a 5.

20   I was told that he had a level of 9.  Anything over a 5

21   is very dangerous.

22            She said it had to be reported to the State.

23   That there are some serious health problems.  I don't

24   remember anything specific about that.  That was enough

25   to kind of make me very afraid and start looking into

66

                    NIKI HERNANDEZ-ADAMS

1

2       Q    Do you know how many apartments were in the

3   whole building?

4       A    Three apartments.

5       Q    How many floors was the building?

6       A    Three floors.

7       Q    Was it one apartment per floor?

8       A    Yes.

9       Q    Which floor did you live on, the bottom?

10      A    The bottom floor.

11      Q    Was that the basement or a first story?

12      A    It was -- I guess it was the bottom floor, the

13  basement.  It was not the basement.  It was the bottom

14  level.

15      Q    Did you have to go down a set of stairs to

16  get into the apartment?

17      A    Down two steps to get to our level.

18      Q    When you found out this apartment had lead

19  paint or was contaminated with lead, what conversations

20  did you have with the landlord?

21      A    After we found out that it was contaminated I

22  had little conversation.  I had virtually no contact

23  with him.  My husband talked with him primarily.

24      Q    When you moved into the apartment, did you

25  sign a lease?

Plaintiff Niki Hernandez-Adams–

The Following Pages are from the

Deposition Transcript taken on October 1, 2014.

1    Q.   That's fine.   Any questions that I ask are

2    about you.   I'll, then, ask your husband, you know, what

3    conversations he had separately.   So that's fine.

4              So you had a conversation with your husband

5    in which he said, "We're going to go to Natalie's office

6    to discuss this".   Is that what you're telling me?

7    A.   Yes.

8    Q.   Okay.   What did you and your husband discuss

9    about the apartment between the time that you went to

10   see it for the first time and that you went back to

11   Natalie's office to discuss it?

12   A.   We decided that we liked the apartment.   The

13   size of it was what we were looking for.   And we were

14   reassured that there was -- it was new -- you know,

15   there was new work going on, that it was going to be in

16   good shape.   Natalie had mentioned that she had a lot of

17   confidence in him as a landlord, and she said he did

18   good work.   So we decided it was going to be a good

19   place for us to have our family.

20   Q.   At the first initial meeting that you went to

21   the apartment, did you notify Mr. Kimpson that you were

22   pregnant?

23   A.   I believe it was apparent.   I think it was -- I

24   remember it coming up in the conversation, brief

25   conversation we had with him.

1    disclosure of lead.

2        Q.   And it's your testimony that you received that

3    with the lease?

4        A.   A copy of it, yes.

5        Q.   When you went to sign the lease on or about

6    May 6th, 2011, who was present?

7        A.   My husband was there.  I was there.  Mark

8    Kimpson was there; and Natalie, the realtor, was there.

9        Q.   At that point was the apartment finished?

10       A.   No.

11       Q.   At that point was there somewhere for you to

12   sit down at a table at the apartment, or how did you --

13   how did the four of you meet?

14       A.   We walked through the apartment to see the

15   condition of it and then ended up signing paperwork in

16   the kitchen area on the counters.

17       Q.   What was the condition of the apartment on that

18   date?

19       A.   It was close to being finished, but there was

20   still quite a lot of work to do.

21       Q.   Do you recall what still had to be done?

22       A.   I don't remember the entire list.

23       Q.   Do you recall some of the things that still had

24   to be done?

25       A.   Yes.  It was filthy.  There was still -- there

1    was still handles to put on doorknobs.  There was still

2    some painting to be done, as I recall.  And the cleaning

3    up the backyard hadn't been done.  There was a fence

4    that still needed to be put up in the backyard.

5        Q.  At the signing of the lease, did you speak

6    directly with Mr. Kimpson?

7        A.  Yes.

8        Q.  And did you speak directly with Natalie?

9        A.  Yes.

10        Q.  What conversations did you have with Natalie on

11   the date of signing the lease?

12        A.  I don't remember the specifics of our

13   conversation.

14        Q.  Do you remember the specifics of your

15   conversations with Mr. Kimpson on that date?

16        A.  No.

17        Q.  So when it came to signing the lease, who had

18   the paperwork for the lease to be signed?

19        A.  I believe Natalie provided it.

20        Q.  Do you recall what paperwork you signed on that

21   date other than this specific lease?

22        A.  There was the sheet that I mentioned about

23   concerning the disclosure of lead.  That's all I

24   remember.  That's all I have.

25        Q.  When you went through the apartment and you saw

```
 1    the things that still needed to be done, were you given

 2    any kind of time frame for when they would be completed?

 3         A.   Before we moved in.

 4         Q.   When you signed the lease on May 6th -- on or

 5    about May 6th, 2011, did you set a move-in -- a specific

 6    move-in date?

 7         A.   I don't recall.

 8         Q.   When you were actually physically signing the

 9    lease, who was showing you where to sign?  Did you flip

10    through it yourself and find the places?  Did

11    Mr. Kimpson direct it to you?  Did Natalie direct it to

12    you?  Someone else?

13         A.   I believe Natalie pointed out to all of us

14    where we should sign, and we had to take turns going

15    through the packets and signing ourselves.

16         Q.   And when you say Natalie showed everyone where

17    to sign, does that include Mr. Kimpson, as well?

18         A.   She pointed out the areas to each of us that we

19    needed to sign.  I believe she did to Mark.  I'm not

20    certain.  I don't really recall the specifics.

21         Q.   Now, you said on the date of signing the lease,

22    you were shown a lead paint disclosure form.  Were you

23    directed to sign that, as well?

24         A.   It was a part of the packet that we had to read

25    through and sign, yes.
```

1    Q.   And did you read through and sign it?

2    A.   Yes.

3    Q.   Do you recall what that form said?

4    A.   Not off the top of my head.

5    Q.   Other than having it in the packet, was

6    anything explained to you about that form?

7    A.   We didn't talk about it at all, no.

8    Q.   So how did it come about that you signed that

9    form?  Were you just pointed to sign here?  Did they --

10   did Natalie tell you what that form was or something

11   else?

12   A.   It was part of the packet that was out on the

13   counter.  She had -- she pointed out that we should read

14   through and then sign.

15   Q.   You say that there was a packet on the counter.

16   What did that packet consist of?

17   A.   The documents that we signed with the lease and

18   that -- the form that I mentioned.

19   Q.   Were there any other pamphlets, fliers, or

20   notices given to you on that date signing the -- that

21   you signed the lease?

22   A.   Just those -- just those -- just that paperwork

23   I mentioned.  No, no other materials.

24   Q.   In between the time that you signed the lease

25   and the time that you moved into the apartment, did you

1   at that initial meeting, then the meeting at her office,

2   and then the signing of the lease?

3       A.  Correct.

4       Q.  You didn't personally have any conversations

5   with Natalie other than on those three occasions?

6       A.  Correct.

7       Q.  At any time prior to moving into the apartment

8   on Macdonough, were you given a pamphlet regarding lead

9   paint?

10      A.  No.

11      Q.  When was the first time you had a conversation

12  with Mr. Kimpson regarding lead paint in the apartment?

13      A.  We never had a conversation concerning lead

14  paint.

15              THE WITNESS:  Oh, I'm sorry.

16      Q.  (BY MS. JOECKEL)  When was the first time you

17  had a conversation with Mr. Kimpson regarding lead in

18  the apartment?

19              THE WITNESS:  Thanks.

20      A.  After I was notified by Geronimo's pediatrician

21  that he had elevated levels of lead in his blood.

22      Q.  (BY MS. JOECKEL)  Did you ever have a

23  conversation with Natalie regarding lead in the

24  apartment?

25      A.  I did not.

Joshua Mendez-

The Following Pages are from the

Deposition Transcript taken on June 25, 2014.

7

JOSHUA MENDEZ

1

2      A     I do not.

3      Q     How old are you?

4      A     Thirty-eight.

5      Q     What is your date of birth?

6      A     It's 9/6/75.

7      Q     Do you know Sarah's date of birth?

8      A     No, actually, I don't.

9      Q     Do you know the month or year?

10     A     I want to say February.  But my parents will

11  destroy me if I'm wrong.

12     Q     Do you know approximately how old Sarah is?

13     A     No, I can't recall right now.

14     Q     Do you know approximately how many years

15  younger than you she is?

16     A     No.

17     Q     What is your current occupation?

18     A     I'm a beverage director.

19     Q     Did you graduate from high school?

20     A     Yes.

21     Q     What high school?

22     A     From R. L. Turner.

23     Q     Where is that located?

24     A     In Carrollton, Texas.

25     Q     Where did you attend elementary school?

8

JOSHUA MENDEZ

1

2      A      Stephen T. Foster.

3      Q      Where is that located?

4      A      In Dallas, Texas.

5      Q      What about middle or junior high school?

6      A      Carey Middle School in Dallas, Texas.

7      Q      Is there any school between the middle school

8   and high school?

9      A      No.

10     Q      Did you go to college?

11     A      Yes.

12     Q      Where did you go to college?

13     A      Southern Methodist University.

14     Q      What year did you graduate that college?

15     A      In 1999.

16     Q      Did you get any kind of a graduate degree or

17  a master's degree?

18     A      No.

19     Q      Do you have any education after college?

20     A      Yes.

21     Q      What education do you have after college?

22     A      The Darbson School of Music.  Just south of

23  Hanover in Germany.

24     Q      What type of degree did you get at the

25  Darbson School of Music?

9

JOSHUA MENDEZ

1

2      A      An artist certificate, performance based.

3      Q      When did you receive that certification?

4      A      In 2002.

5      Q      Did you go straight from Southern Methodist

6   to the Darbson School of Music?

7      A      Yes.

8      Q      Was that certificate program a two-year

9   certificate program or a three-year certificate

10  program?

11     A      Nine months, roughly.

12     Q      What did you do you between 1999 and 2002?

13     A      I traveled a lot throughout Europe.

14     Q      Were you employed at all?

15     A      No.

16     Q      What are your duties and responsibilities as

17  a food and beverage director?

18     A      I run all the day-to-day operations of a

19  specific club in Downtown Dallas.

20     Q      What is the name of that club?

21     A      The Tower Club.

22     Q      What does running the day-to-day

23  operations entail?

24     A      Managing private events, sales, maintenance

25  of the club.  Managing the a la carte services for the

15

1                    JOSHUA MENDEZ

2        A    We met the landlord when we viewed the

3   apartment.  We told him that we were pregnant.  We were

4   very happy and we loved his apartment.  We liked the

5   layout.  We liked the location.  That was pretty much

6   it.

7        Q    Did you sign a lease?

8        A    Yes.

9        Q    Do you have a copy of the lease?

10       A    I do.

11            MS. JOECKEL:  I'll ask that a copy of

12       the lease be provided.

13            MR. CANTOR:  A copy of the lease was

14       provided.  We'll provide another one.

15       Q    Did you pay a security deposit when you moved

16   in?

17       A    I don't remember.

18       Q    When you moved in, was your wife already

19   pregnant?

20       A    Yes.

21       Q    How many months pregnant was she?

22       A    Six months.

23       Q    Did you have health insurance at that time?

24       A    Yes.

25       Q    Did she have separate health insurance at the

60

JOSHUA MENDEZ

1

2      A      From what I know, the report states that

3   currently that that is where he is at in his

4   development.

5      Q      Does the report state what the effects of

6   that will be in his future?

7      A      I don't know.

8      Q      Did you ever discuss with Dr. Gordon anything

9   outside of the report?

10     A      No.

11            MS. JOECKEL:   I have nothing further.

12   Thank you.

13            MR. FRANKEL:   Briefly.

14   EXAMINATION BY STEVEN FRANKEL, ESQ.:

15     Q      Mr. Mendez, you said there were three

16   apartments in the Macdonough building while you were

17   living there with your wife and son?

18     A      Yes.

19     Q      You were in the basement?

20     A      Yes.

21     Q      What family was on the second floor?

22     A      Kim Washong and Marie DeValie. (phonetic)

23     Q      On the third floor?

24            (Continued on the next page to include

25            the jurat and signature line.)

61

```
 1                    JOSHUA MENDEZ

 2       A    Eileen Richmond.

 3       Q    Each floor was a separate apartment, correct?

 4       A    Yes.

 5            MR. FRANKEL:  Nothing further.  Thank

 6       you.

 7            (Whereupon, the examination of

 8        this witness was concluded at 3:35 P.M.)

 9

10

11       I have read the foregoing record of my testimony

12    taken at the time and place noted in the heading hereof

13    and I do hereby acknowledge it to be a true and correct

14    transcript of the same.

15

16    _____

17       JOSHUA MENDEZ

18

19    Subscribed and sworn to

20    before me on this_____day

21    of_____, 2014

22

23    _____

24       NOTARY PUBLIC

25
```

Joshua Mendez-

The Following Pages are from the

Deposition Transcript taken on October 1, 2014.

Joshua Phillip Mendez                                                          20

```
 1          A.   No.

 2          Q.   Did Natalie give you a pamphlet about lead

 3   paint in the home?

 4          A.   No.

 5          Q.   On May 6th, 2011, did you have any

 6   conversations with Natalie regarding lead in the

 7   apartment?

 8          A.   No.

 9          Q.   On May 6th, 2011, did you have any

10   conversations with Mr. Kimpson regarding lead in the

11   apartment?

12          A.   No.

13          Q.   At any time prior to May 6th, 2011, did you

14   have any conversations with Natalie regarding lead in

15   the apartment?

16          A.   No.

17          Q.   At any time prior to May 6th, 2011, did you

18   have any conversations with Mr. Kimpson about lead in

19   the apartment?

20          A.   No.

21          Q.   At any time prior to May 6th, 2011 or on

22   May 6th, 2011, did you ask any questions of Mr. Kimpson

23   or the broker about lead in the apartment?

24          A.   No.

25          Q.   On May 6, 2011, were you aware of the potential
```

1     dangers of lead in a residential area?

2          A.   No.

3          Q.   Had you ever heard of lead paint poisoning

4     prior to May 6th, 2011?

5          A.   No.

6          Q.   Even in a general sense?

7          A.   Not that I can recall.

8          Q.   When you signed the lease on May 6th, 2011, did

9     you make any payments on that date?

10         A.   I do not remember.

11         Q.   Now, you said earlier that there was a broker's

12    fee, but you didn't recall the exact amount; is that

13    correct?

14         A.   That is correct.

15         Q.   Do you remember if you paid that broker's fee?

16         A.   I don't remember.

17         Q.   After you signed the lease packet which

18    included the lead paint disclosure form, did you also

19    get a copy of what you had signed?

20         A.   I don't recall.

21         Q.   Did you read the lead paint disclosure form

22    before you signed it?

23         A.   No.

24         Q.   Did you receive any other material from the

25    broker on that date, including pamphlets, fliers,

1    notices, et cetera?

2         A.  No.

3         Q.  Did you receive any other material from

4    Mr. Kimpson on the date of signing the lease, including

5    pamphlets, fliers, notices, et cetera?

6         A.  No.

7         Q.  After the date that you signed the lease on May

8    6th, 2011, did you have any further conversations with

9    Natalie prior to moving into the premises?

10        A.  No.

11        Q.  Did you have any conversations with Mr. Kimpson

12   prior to moving into the premises after signing of the

13   lease?

14        A.  I don't remember.

15        Q.  Do you recall what date you moved into the

16   apartment?

17        A.  I do not recall the exact date.

18        Q.  Was it in May of 2011?

19        A.  Yes.

20        Q.  Do you recall if it was in the middle or the

21   end of May of 2011?

22        A.  I don't recall.

23        Q.  Prior to moving into the Macdonough apartment,

24   had you ever had to sign lead paint disclosure forms for

25   previous apartments or places of residence?