UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
G.M.M., a minor child by his mother and natural
guardian, NIKI HERNANDEZ-ADAMS,
and NIKI HERNANDEZ-ADAMS, individually,

                                    Defendants,        No. 1:13-CV-05059

          v.

MARK KIMPSON,

                                    Defendant.
------------------------------------------------------------------X


**STATE OF NEW YORK**   )
                        )        **.ss:**
**COUNTY OF KINGS**     )


          **ARTHUR A. MORALES,** being duly sworn, deposes and says that:

15.     I have personal knowledge of the matters within this Affidavit. I am a certified lead-paint

        tester.  Lead-paint inspecting deals with the process and methodology for determining lead-

        paint levels and code conformity within residential and commercial properties.

16.     I received my Bachelors of Science degree from Niagara University in 1981. Thereafter

        in 1991 I acquired an A.A.S. in Civil Engineering from Nassau Community College, a Masters

        of Science in Energy Management from New York Institute of Technology 1n 1999 as well as

        an Advance Certificate in Environmental Management 1n 1999. I am an EPA Certified Lead-

        Based Paint Risk Assessor and I am licensed by the State of New York to operate X-Ray

        Fluorescence devices which detects the presence of lead paint.

17.     I am qualified to perform lead-paint testing and provide related services thereto.  As such,

        I am fully familiar with the generally accepted tenets within the field of lead-paint testing.

The testing methods I employ are routinely used in the testing of both residential and commercial properties.

18.   I currently am the President of Enviro-Test, Inc.   In this capacity, I have performed countless lead-paint testings.

19.   A copy of my curriculum vitae is attached as Exhibit "A" hereto.

20.   On February 3, 2015, I performed lead-paint testing at the property located at 490 MacDonough Street, Brooklyn, NY 11233.  The purpose of the testing was to evaluate the the levels of lead present, or not, in the various sections of the ground level apartment.  A report of my findings, which I hereby certify as accurate, is attached hereto as Exhibit "B".

21.   While the report contains the full scope of my findings, I have highlighted some below:

A)  The positive readings that were obtained on several wall and ceiling drywall surfaces (noted with an asterisk* on the data charts) was the result of the XRF device "reading thru" the drywall (sheetrock) material to the painted surface that is covered.

B) Complete enclosure with drywall material is an acceptable abatement method. The lead-based paint at these drywall surfaces is not accessible in the living space.

C)  A building component that tests positive for lead in paint contains an unacceptable level of lead and is a potential health hazard if the paint is in poor condition or if the paint is disturbed, as would be the case of a dog scratching painted surfaces.

D)  The paint on the positive walls and ceilings is in good condition.   As mentioned previously, the majority of the lead-based paint on the walls and ceiling is enclosed with drywall.

22.   Based upon the foregoing findings, I can conclude with a reasonable degree of testing certainty that:

A) Any testing done using the commonly accepted X-Ray Fluorescence Device will result in higher testing levels as the device reads thru drywall.  As a consequence, inaccurate positive lead-paint levels may be noted, even in arrears where the paint is in good condition and the drywall has encapsulated the paint containing lead.

B) Lead-paint does not pose a health hazard unless the encapsulated paint is of poor condition or if the paint has been disturbed by friction, poor cleaning or scratching like that done by a dog.

23.     I further swear that I have read this Affidavit and that I have made same and believe the foregoing statements herein are true.  I further swear that the basis of the beliefs, findings and conclusions herein are based on my own direct knowledge and upon the generally accepted principles of structural engineering.

Arthur A. Morales

Sworn to before me this 16th
day of February, 2015

Notary Public

ROGER V. ARCHIBALD
Notary Public, State of New York
No. 24 — 4989923
Qualified in Kings County
Commission Expires Dec. 23, 17

# EXHIBIT A

# ARTHUR A. MORALES
17 Lincoln Avenue East
East Massapequa, New York 11758
(516) 798-0959

**EDUCATION:**

**NEW YORK INSTITUTE OF TECHNOLOGY**
School of Engineering and Technology, Old Westbury, New York
**Master of Science - Energy Management, December 1999**
Honors - with distinction
*Advanced Certificate in Environmental Management,*
*May 1999*

**NASSAU COMMUNITY COLLEGE**, Garden City, New York
**A.A.S. - Civil Engineering,** Magna Cum Laude, 1991

**NIAGARA UNIVERSITY**, Niagara Falls, New York
**Bachelor of Science - 1981**

**AFFILIATIONS:**

~Monthly contributor to Lead Safe America Foundation
~Member: Lead & Environmental Hazards Association
~Member: Indoor Air Quality Association
~Member: National Association of Remodeling Industry (NARI)

**EXPERIENCE:**
**1995 to Present**

**ENVIRO-TEST, INC.,** Amityville, New York
**President**/Risk Assessor/Radiation Safety Officer

**Lead-Based Paint/Mold Assessments:**
~ EPA Certified Lead-Based Paint Risk Assessor
~ NYS Licensed operator of X-Ray Fluorescence device
~ Frequently attend IAQ and Industrial Hygiene Workshops
~ Mold Assessments since 2005

**Teaching/Instructor:**
~ Teach EPA RRP course at National Association of the
Remodeling Industry (NARI), Spring 2010
~ Teach EPA training courses for Lead Inspector and Risk
Assessor classes at Big Apple Occupational and Safety in New
York City, 2005-2006
~Member: Indoor Air Quality Association
~Member: National Association of Remodeling Industry (NARI)

**Projects include:**
~ Lead-based paint and mold consulting services regarding hazard
reduction strategies for commercial and residential properties

~ Multi-family dwelling Lead Risk Assessment complying with HPD and HUD regulations
~ Nassau and Suffolk County Community Development Program Lead Inspections and Risk Assessments since 1999
~ Risk Assessment for NYC DOH and HPD violations

**REFERENCES:**     Available upon request

# EXHIBIT B



77 Broadway, Suite 1 • Amityville, NY 11701
631-521-7743 • 1-800-228-7838 • Fax 631-521-7820 • www.envirotestcompany.com

# LEAD IN PAINT CERTIFICATION

| | |
|---|---|
| Client: | Roger Archibald |
| | ***Inspection at:*** |
| | 490 Macdonough Street, Lower Level |
| | Brooklyn, NY |
| ET Project #: | 15-9735 |
| Certified Test Dates | February 3, 2015 |
| Test Category: | Portable X-Ray Fluorescence/ Spectrum Analysis |
| Report Medium: | mg Pb/cm2 (Milligrams of lead per square centimeter) |
| Instrumentation: | Niton Corporation, **XLp-300** Spectrum Analyzer Serial # 7126, 19127, 25247, **25959** |
| Calibration: | To measure lead K & L-line X-Ray emissions Factory calibrated with HUD approved reference standards.  Calibration accuracy checked as per manufacturer's recommendations. |
| EPA Certifications: | **Risk Assessor # NY-R-5427-3 Morales** Risk Assessor # NY-R-6376-4 VanKeuren Inspector # NY-I-14204-4 Berrios |

**Firm # NY-1972-3**

**New York State Radioactive Materials: License # 2620-3878**

We hereby certify that to the best of our knowledge and capabilities, the following report reflects the true lead content of the painted surfaces that were tested at the above address.

Arthur A. Morales
President

LEAD INSPECTION    •    RISK ASSESSMENT    •    ASBESTOS INSPECTION    •    MOLD INSPECTION



77 Broadway, Suite 1 • Amityville, NY 11701
631-521-7743 • 1-800-228-7838 • Fax 631-521-7820 • www.envirotestcompany.com

February 4, 2015

Roger Archibald
26 Court Street
Brooklyn, NY  11242

**RE:**  **Lead-Based Paint Inspection @**
490 Macdonough Street, Lower Level
Brooklyn, NY

### _LEAD-BASED PAINT PRESENT-Not in a Hazardous State_
Walls*, Ceilings*, Baseboard, Window & Door Components, Closet & Cabinet
Components

Dear Mr. Archibald:

Enclosed you will find the results of the Lead-Based Paint Inspection (utilizing an X-Ray
Fluorescence Device) which was performed at the address mentioned above on Tuesday,
February 3, 2015.  This inspection was targeted at the painted surfaces throughout this
residence.

**Included with this report is a Lead in Paint Certification sheet.**  This Certification
sheet contains pertinent information including but not limited to: license and certification
numbers; property location; date of inspection and instrumentation used for testing.

**Please Note:**

**#1:**

- **The positive readings that were obtained on several wall and ceiling drywall
  surfaces (noted with an asterisk\* on the data charts) was the result of the
  XRF device "reading thru" the drywall (sheetrock) material to the painted
  surface that is covered.**

  - **Complete enclosure with drywall material is an accepted abatement
    method.  The lead-based paint at these drywall surfaces is not
    accessible in the living space.**

#2:

- **The presence of lead-based paint can potentially contaminate the household dust if:**
    - **The lead paint is in poor condition (not occurring)**
        - **Several wood moldings in the living room are scratched (dog). However, the components that were scratched do not contain lead-based paint.**
    - **The lead paint is on a potential friction surface (not occurring: the window sashes are unpainted replacement windows-no friction occurring on painted components; the paint at the door components is intact)**
    - **Household cleaning is of the utmost importance when lead-based paint is present**
- **Certain occupations that create dust on the job (painting, construction, demolition, etc.) can contaminate clothing which, in turn, will be brought into the residence.**
- **The key to a lead-safe home is intact lead-based paint, no friction occurring on leaded components, and household cleanliness.**

## I.  Data Charts

The enclosed Data Charts contain the results of the inspection (2 sets-the 2nd set contains the positive results only for quick reference).  The important figures on the charts are in the Combined (Pbc) columns.  The Action Level for lead in paint in New York State, as set forth by the United States Environmental Protection Agency (EPA) and the Department of Housing and Urban Development (HUD), is 1.0 milligram per square centimeter (mg/cm2).

- **Results below 1.0 mg/cm2 are negative (acceptable); results equal to or above this figure are positive for lead-based paint.  Several of the readings are well above 1.0 mg/cm2.**

    - **A building component that tests positive for lead in paint contains an unacceptable level of lead and is a potential health hazard if the paint is in poor condition or if the paint is disturbed.**

    - **Lead dust, when ingested or inhaled, can have an adverse affect on a person's health, especially a child 6 years of age and younger.**

A floor plan is included with this report.  In each room or area, side A is always the same wall as the front entry, with sides B, C, and D following in a clockwise direction.  The sides are noted on the floor plan and in the Data Charts.

## II. Calibration

**The calibration results of the X-Ray Fluorescence Device (XRF)**, which was used for the painted surface testing, is listed on the Data Charts. The calibration tests are the first three readings and the last three readings on the charts. In addition, the instrument is calibrated every four hours. The calibration tests are taken in order to insure that the XRF device is operating properly. Lead Paint Standards issued by the XRF device manufacturer (Niton) are used for the calibration tests. **All of the calibration tests were successful, as noted by OK on the Data Charts.**

## III. Results

**Positive and negative results are listed on the Data Charts.** There were positive surfaces (a painted surface that contains an unacceptable amount of lead) found in this residence. These surfaces included: walls; ceilings; doors, door casings, and doorjambs; window casings; and closet and cabinet walls, ceilings, baseboard, shelves and brackets.

## IV. Precautions & Recommendations

Lead-based paint presents a serious health risk if it is in poor condition: Deterioration caused by friction and impact (DOORS, DOORJAMBS); and Deterioration from age and moisture damage. **Hazardous lead dust will also be spread by painting and/or renovation work.**

*When a positive component is intact and is showing no signs of deterioration, it will not present a hazardous situation. Any worn, cracked or peeling paint should be tended to without delay.*

*****

The **DI** column on the Data Charts stands for the **Depth Index**. The **DI** indicates if the lead-based paint that was found on a positive component is surface lead (close to the surface) or buried lead (not on the surface). The **DI** is between 1 and 10, with 1 being the closest to the surface and 10 being the furthest. *In the cases of positive components that are in poor condition, components undergoing excessive friction, or components that are going to be demolished, the **DI** has no bearing on the hazard potential because the paint is deteriorated through several layers and is considered hazardous already.*

**The DI is only valuable if a positive component is going to be retained and refinished and is not a friction surface. The more frequently a positive component is painted, the higher the depth index will be and the further the lead-based paint will be from the living space. Most of the lead paint is beneath other layers of paint which is beneficial.**

*****

**Since there are positive components present, good housekeeping within this residence should be a daily practice.**

- Keeping dust accumulation to a minimum will be advantageous to the health of all children under the age of six
- Lead is not an airborne hazard such as asbestos. Lead dust is heavy, therefore it will settle onto horizontal surfaces (floors, tables, top edges of door and window casings and window stools)
- Horizontal surfaces should be kept very clean (dust free) as often as possible
- Hands should be washed after playing on the floor and before eating
- A toy that a child may put in his or her mouth that is on the floor should be washed often or disposed of

**It is imperative that absolutely no sanding, dry scraping or power tool cutting of positive surfaces is ever done.** Contractors must be informed of the positive surfaces that are present. Sanding and/or disturbing a positive surface by hand or mechanical means can spread hazardous lead dust. When the positive surfaces are being disturbed during a renovation project it will be important to contain, as efficiently as possible, the paint dust and paint chips that are generated. *Preventing paint chip and dust debris from spreading throughout the interior and exterior of the residence during a project is mandatory.*

To properly address the positive building components that were found, following are lead abatement (eliminate the presence of lead-based paint) and interim control (render positive surfaces safe without complete removal) recommendations:

1. The positive window casings, door casings, baseboards and closet and cabinet shelves, brackets and drawers are not undergoing any excessive friction or impact and the paint is in good condition.
   a. If these positive components are going to be retained, repair any future deteriorated paint in a timely fashion utilizing the **wet scraping** method (interim control).
      i. **Wet scraping** entails wetting any chipping or peeling paint with water and **wet scraping** the loose paint onto plastic or a disposable drop cloth. The water limits the spreading of fine dust particles and inhalation of the same. These **wet scraped** surfaces, which still have lead-based paint remaining on them, should then be painted with 2 coats of good quality paint.
   b. For the life of positive components, frequently monitor the lead-based paint condition and repair immediately if damage or deterioration does occur.
   c. **If elimination of the lead-based paint is desired these positive components can be completely removed and replaced, enclosed with new material, or chemically stripped (described below) of all paint.**
      i. *Elimination (abatement) is not necessary if the components are structurally sound, the paint is intact, and the paint is not undergoing excessive friction.*
      ii. *If a particular component is consistently damaged elimination may be necessary.*

2. The paint on the positive walls and ceilings is in good condition. As mentioned previously, the majority of the lead-based paint on the walls and ceiling is enclosed with drywall.

   a. Any future paint deterioration on the wall and ceiling surfaces should be tended to without delay. Stabilize deteriorated paint with the **wet scraping** method mentioned above.

   b. Once the paint is stabilized the wall and ceiling surfaces should be monitored for wear and tear and repaired immediately if damage does occur.

   c. **If abatement is necessary or desired any exposed plaster walls and ceilings can be enclosed with new material (wood, drywall, paneling, etc.) from corner-to-corner and floor-to-ceiling or completely removed.**

      i. *Elimination is not necessary if the components are structurally sound, the paint is intact, and the paint is not undergoing excessive friction.*

3. The paint on the doors and doorjambs potentially undergoes friction and impact during each use.

   a. If the doors and doorjambs are going to be retained and undesired friction is being created, the doors will have to be adjusted or planed (shaved) in order to eliminate unwanted friction.

      i. Doors must be planed in a contained space using proper precautions.

   b. Once the doors are fitting into the openings properly the doors and doorjambs should always be monitored for wear and tear and repaired immediately if damage does occur.

   c. Any chipping paint should be tended to without delay utilizing the **wet scraping** method mentioned above.

   d. **Removal and replacement or chemical stripping (each abatement measures) of the doors and doorjambs is recommended if friction cannot be eliminated.**

4. In terms of any positive component, another abatement option is chemical stripping. *Chemical stripping is a safe method to eliminate the presence of lead-based paint because it is a dust-free process, it does not altar the structure of a component, and it is beneficial for historical preservation.* However, chemical stripping is labor intensive, caustic chemicals are used, several applications may be necessary, and it may be cost prohibitive. **Dry scraping or sanding a positive surface must be prohibited.**

## V. Cleaning

During a paint stabilization, alteration or cleaning project the hourly and daily clean up of paint chip and dust debris generated from positive surfaces will be extremely important. In addition, potential contractors must be responsible for proper protection of household items (furniture, bedding, personal belongings, etc.) and the exterior grounds during the

project. **A properly executed final clean up will remove any lead dust that may have entered this residence during any work involving positive components.**

To properly clean lead dust from household surfaces after a painting or renovation project involving lead-based paint:

1. Utilize a vacuum that is equipped with a HEPA (high efficiency particulate air) filter and vacuum all work areas (floors, stools, wells, tops of casings, tables and all other horizontal surfaces)
2. Mop and wipe all vacuumed surfaces with the proper dust absorbing detergent (examples—Ledisolv, tri-sodium phosphate substitute or any high quality household cleaning detergent)
3. HEPA vacuum again for the final step.

*Do not use a "shop vac" or household vacuum for general cleaning or to clean dust generated from positive components as these vacuums are not equipped with a HEPA filter and will re-circulate fine dust particles back into the living space.*

**VI. Risk Assessment**

Immediately following any cleaning, painting and/or repair project, or at any time for information purposes, a Risk Assessment is recommended. This Risk Assessment will determine if there is lead-contaminated household dust in any sections of the house. The Risk Assessment requires the collection of dust samples from floors, windowsills and/or window wells in selected rooms or the rooms that have undergone corrective work involving lead-based paint. A certified laboratory would be utilized by Enviro-Test to analyze the collected dust samples for lead.

**The dust sample procedure acts as a clearance test so that you can be assured that you are presented with a lead-safe environment after a project or after cleaning.**

Please retain this report for your records; especially if a project is scheduled involving lead-based paint or a component becomes damaged.

Please call with any questions you may have regarding this report or any other lead-based paint issues.

Sincerely,

Arthur A. Morales
President

Project #: _15-9735_

# Floor Plan

Date: _2/3/15_                    Client: _____

Address: _490 Macdonough St._  _Lower Level_

City: _Brooklyn_                State: _NY_

Name of Inspector: _A. Morales_

Inspector Company Name:   **ENVIRO-TEST**          For Office use:

## Lead-Based Paint Inspection by Enviro-Test for Roger Archibald @
### 490 Macdonough Street, Lower Level, Brooklyn, NY

| No | SITE | INSP | FLR | SIDE | ROOM | COMPONENT | SUBSTRATE | FEATURE | COND | Sec | Time | DI | Results | PbC | PbC Error | Units |
|----|------|------|-----|------|------|-----------|-----------|---------|------|-----|------|----|---------|-----|-----------|-------|
| 95 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 1.0 | OK | 27.2 | 2/3/2015 8:59 | 1.08 | Negative | 0.9 | 0.1 | mg / cm ^2 |
| 96 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 1.6 | OK | 11.71 | 2/3/2015 8:59 | 1.11 | Positive | 1.4 | 0.1 | mg / cm ^2 |
| 97 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 3.5 | OK | 10.82 | 2/3/2015 8:59 | 1.25 | Positive | 3.1 | 0.2 | mg / cm ^2 |
| 98 | 490 | AAM | 1 | A | REAR ROOM | WALL | DRYWALL | WALL | INTACT | 5.14 | 2/3/2015 9:24 | 10 | Negative | 0.4 | 0.5 | mg / cm ^2 |
| 99 | 490 | AAM | 1 | A | REAR ROOM | DOOR | WOOD | CASING | INTACT | 1.87 | 2/3/2015 9:24 | 10 | Positive | 7.2 | 2.6 | mg / cm ^2 |
| 100 | 490 | AAM | 1 | B LFT | REAR ROOM | DOOR | WOOD | JAMB | INTACT | 1.86 | 2/3/2015 9:25 | 10 | Positive | 7.1 | 2.7 | mg / cm ^2 |
| 101 | 490 | AAM | 1 | B LFT | REAR ROOM | DOOR | WOOD | JAMB | INTACT | 2.83 | 2/3/2015 9:25 | 3.96 | Negative | 0.13 | 0.16 | mg / cm ^2 |
| 102 | 490 | AAM | 1 | B LFT | REAR ROOM | DOOR | WOOD | CASING | INTACT | 3.74 | 2/3/2015 9:25 | 5.84 | Positive | 0.4 | 0.2 | mg / cm ^2 |
| 103 | 490 | AAM | 1 | B RHT | REAR ROOM | DOOR | WOOD | CASING | INTACT | 5.63 | 2/3/2015 9:25 | 9.55 | Negative | 0.4 | 0.4 | mg / cm ^2 |
| 104 | 490 | AAM | 1 | B RHT | REAR ROOM | DOOR | WOOD | JAMB | INTACT | 2.35 | 2/3/2015 9:26 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 105 | 490 | AAM | 1 | B RHT | REAR ROOM | DOOR | WOOD | DOOR | INTACT | 2.81 | 2/3/2015 9:26 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 106 | 490 | AAM | 1 | B | REAR ROOM | WALL | DRYWALL | WALL | INTACT | 2.34 | 2/3/2015 9:26 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 107 | 490 | AAM | 1 | C | REAR ROOM | WALL | DRYWALL | WALL | INTACT | 3.75 | 2/3/2015 9:26 | 1.66 | Negative | 0 | 0.02 | mg / cm ^2 |
| 108 | 490 | AAM | 1 | C | REAR ROOM | DOOR | WOOD | CASING | INTACT | 1.86 | 2/3/2015 9:27 | 10 | Positive | 8.8 | 2.9 | mg / cm ^2 |
| 109 | 490 | AAM | 1 | C | REAR ROOM | DOOR | WOOD | CASING | INTACT | 1.87 | 2/3/2015 9:26 | 10 | Positive | 7.5 | 2.8 | mg / cm ^2 |
| 110 | 490 | AAM | 1 | C | REAR ROOM | DOOR | WOOD | JAMB | INTACT | 2.35 | 2/3/2015 9:28 | 10 | Positive | 4.2 | 1.9 | mg / cm ^2 |
| 111 | 490 | AAM | 1 | C LFT | REAR ROOM | WINDOW | WOOD | CASING | INTACT | 2.82 | 2/3/2015 9:28 | 9.35 | Positive | 4.5 | 1.8 | mg / cm ^2 |
| 112 | 490 | AAM | 1 | C LFT | REAR ROOM | WINDOW | WOOD | FRAME | INTACT | 2.34 | 2/3/2015 9:28 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 113 | 490 | AAM | 1 | C RHT | REAR ROOM | WINDOW | WOOD | FRAME | INTACT | 3.29 | 2/3/2015 9:28 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 114 | 490 | AAM | 1 | C RHT | REAR ROOM | WINDOW | WOOD | CASING | INTACT | 6.08 | 2/3/2015 9:29 | 10 | Positive | 4.7 | 0.8 | mg / cm ^2 |
| 115 | 490 | AAM | 1 | C RHT | REAR ROOM | WINDOW | WOOD | SILL | INTACT | 5.62 | 2/3/2015 9:29 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 116 | 490 | AAM | 1 | C LFT | REAR ROOM | WINDOW | WOOD | SILL | INTACT | 2.37 | 2/3/2015 9:29 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 117 | 490 | AAM | 1 | C | REAR ROOM | WALL | METAL | RADIATOR | INTACT | 3.29 | 2/3/2015 9:30 | 2.48 | Negative | 0.02 | 0.04 | mg / cm ^2 |
| 118 | 490 | AAM | 1 | D | REAR ROOM | WALL | WOOD | BASEBOARD | INTACT | 4.2 | 2/3/2015 9:30 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 119 | 490 | AAM | 1 | D | REAR ROOM | WALL | WOOD | BASEBOARD | INTACT | 5.15 | 2/3/2015 9:30 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 120 | 490 | AAM | 1 | D | REAR ROOM | WALL | DRYWALL | WALL | INTACT | 2.81 | 2/3/2015 9:30 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 121 | 490 | AAM | 1 | D | REAR ROOM | CEILING | DRYWALL | CEILING | INTACT | 2.82 | 2/3/2015 9:31 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 122 | 490 | AAM | 1 | A | BATHROOM | CEILING | DRYWALL | CEILING* | INTACT | 4.2 | 2/3/2015 9:31 | 3.81 | Positive | 1.7 | 0.7 | mg / cm ^2 |
| 123 | 490 | AAM | 1 | A | BATHROOM | WALL | DRYWALL | WALL | INTACT | 3.3 | 2/3/2015 9:32 | 1 | Negative | 0.01 | 0.05 | mg / cm ^2 |
| 124 | 490 | AAM | 1 | B | BATHROOM | WALL | WOOD | CASING | INTACT | 2.34 | 2/3/2015 9:32 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 125 | 490 | AAM | 1 | C | BATHROOM | WALL | WOOD | CASING | INTACT | 3.76 | 2/3/2015 9:32 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 126 | 490 | AAM | 1 | C | BATHROOM | CLOSET | WOOD | WALL | INTACT | 3.77 | 2/3/2015 9:32 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 127 | 490 | AAM | 1 | C | BATHROOM | WALL | METAL | PIPE | INTACT | 2.34 | 2/3/2015 9:33 | 1.11 | Negative | 0.01 | 0.02 | mg / cm ^2 |
| 128 | 490 | AAM | 1 | C | BATHROOM | WALL | DRYWALL | WALL | INTACT | 2.37 | 2/3/2015 9:33 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 129 | 490 | AAM | 1 | D | BATHROOM | WALL | DRYWALL | WALL | INTACT | 1.41 | 2/3/2015 9:33 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 130 | 490 | AAM | 1 | D | BATHROOM | DOOR | WOOD | DOOR | INTACT | 2.34 | 2/3/2015 9:33 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 131 | 490 | AAM | 1 | D | BATHROOM | DOOR | WOOD | JAMB | INTACT | 2.34 | 2/3/2015 9:33 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 132 | 490 | AAM | 1 | D | BATHROOM | DOOR | WOOD | CASING | INTACT | 1.87 | 2/3/2015 9:34 | 7.68 | Negative | 0.01 | 0.04 | mg / cm ^2 |
| 133 | 490 | AAM | 1 | A | BATHROOM | CEILING | DRYWALL | SOFFIT | INTACT | 1.86 | 2/3/2015 9:34 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 134 | 490 | AAM | 1 | B | BATHROOM | WALL | WOOD | BASEBOARD | INTACT | 1.86 | 2/3/2015 9:34 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 135 | 490 | AAM | 1 | A | KITCHEN | WALL | DRYWALL | WALL | INTACT | 2.81 | 2/3/2015 9:35 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 136 | 490 | AAM | 1 | A | KITCHEN | DOOR | WOOD | CASING | INTACT | 0.94 | 2/3/2015 9:35 | 10 | Positive | 7.1 | 5.2 | mg / cm ^2 |
| 137 | 490 | AAM | 1 | A | KITCHEN | DOOR | WOOD | JAMB | INTACT | 1.4 | 2/3/2015 9:35 | 7.42 | Positive | 15.1 | 4.4 | mg / cm ^2 |
| 138 | 490 | AAM | 1 | A | KITCHEN | DOOR | WOOD | DOOR | INTACT | 2.8 | 2/3/2015 9:35 | 7.65 | Positive | 2.2 | 1.1 | mg / cm ^2 |
| 139 | 490 | AAM | 1 | C | KITCHEN | WALL | DRYWALL | WALL | INTACT | 1.87 | 2/3/2015 9:36 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |

## Lead-Based Paint Inspection by Enviro-Test for Roger Archibald @
### 490 Macdonough Street, Lower Level, Brooklyn, NY

| # | Addr | | | Room | Side | Component | Substrate | Member | Condition | Date/Time | Reading | Reading | Result | Value | mg/cm² |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | 490 | AAM | 1 | KITCHEN | C | WINDOW | DRYWALL | FRAME | INTACT | 2/3/2015 9:36 | 1.86 | 1 | Negative | 0 | 0.02 |
| 141 | 490 | AAM | 1 | KITCHEN | D | WALL | DRYWALL | WALL | INTACT | 2/3/2015 9:36 | 1.86 | 1 | Negative | 0 | 0.02 |
| 142 | 490 | AAM | 1 | KITCHEN | D | DOOR | WOOD | CASING | INTACT | 2/3/2015 9:36 | 1.88 | 2.45 | Negative | 0.04 | 0.08 |
| 143 | 490 | AAM | 1 | KITCHEN | D | DOOR | METAL | DOOR | INTACT | 2/3/2015 9:37 | 2.34 | 1 | Negative | 0 | 0.02 |
| 144 | 490 | AAM | 1 | KITCHEN | C | CEILING | DRYWALL | CEILING | INTACT | 2/3/2015 9:37 | 1.89 | 1 | Negative | 0 | 0.02 |
| 145 | 490 | AAM | 1 | KITCHEN | C | COUNTER | WOOD | TRIM | INTACT | 2/3/2015 9:38 | 3.29 | 1 | Negative | 0 | 0.02 |
| 146 | 490 | AAM | 1 | LIVING ROOM | A | WALL | DRYWALL | WALL* | INTACT | 2/3/2015 9:39 | 18.31 | 7.67 | Positive | 1.4 | 0.4 |
| 147 | 490 | AAM | 1 | LIVING ROOM | A | WALL | METAL | RADIATOR | INTACT | 2/3/2015 9:39 | 2.34 | 3.25 | Negative | 0.02 | 0.06 |
| 148 | 490 | AAM | 1 | LIVING ROOM | A | WALL | WOOD | PANEL | INTACT | 2/3/2015 9:40 | 2.82 | 1 | Negative | 0.06 | 0.05 |
| 149 | 490 | AAM | 1 | LIVING ROOM | A | WINDOW | WOOD | PANEL | INTACT | 2/3/2015 9:40 | 1.87 | 1.02 | Negative | 0.08 | 0.07 |
| 150 | 490 | AAM | 1 | LIVING ROOM | A | WINDOW | WOOD | CASING | INTACT | 2/3/2015 9:40 | 1.88 | 1.23 | Negative | 0.11 | 0.09 |
| 151 | 490 | AAM | 1 | LIVING ROOM | A | WINDOW | WOOD | DOOR | INTACT | 2/3/2015 9:40 | 1.86 | 1.3 | Negative | 0.04 | 0.06 |
| 152 | 490 | AAM | 1 | LIVING ROOM | A RHT | WINDOW | WOOD | DOOR | INTACT | 2/3/2015 9:41 | 2.34 | 1 | Negative | 0.04 | 0.05 |
| 153 | 490 | AAM | 1 | LIVING ROOM | A RHT | WINDOW | WOOD | CASING | INTACT | 2/3/2015 9:41 | 1.88 | 1.04 | Negative | 0.07 | 0.08 |
| 154 | 490 | AAM | 1 | LIVING ROOM | A RHT | WINDOW | WOOD | PANEL | INTACT | 2/3/2015 9:41 | 1.87 | 1.2 | Negative | 0.11 | 0.09 |
| 155 | 490 | AAM | 1 | LIVING ROOM | A | WALL | METAL | PIPE | INTACT | 2/3/2015 9:41 | 1.88 | 1.02 | Negative | 0.02 | 0.03 |
| 156 | 490 | AAM | 1 | LIVING ROOM | B | WALL | DRYWALL | WALL* | INTACT | 2/3/2015 9:43 | 60 | 10 | Positive | 1.1 | 0.2 |
| 157 | 490 | AAM | 1 | LIVING ROOM | B | WALL | DRYWALL | WALL | INTACT | 2/3/2015 9:43 | 2.34 | 1 | Negative | 0 | 0.02 |
| 158 | 490 | AAM | 1 | LIVING ROOM | B | WALL | WOOD | LOWER | INTACT | 2/3/2015 9:43 | 1.86 | 1 | Negative | 0.06 | 0.06 |
| 159 | 490 | AAM | 1 | LIVING ROOM | B | DOOR | WOOD | CASING | INTACT | 2/3/2015 9:44 | 1.86 | 1.52 | Negative | 0.1 | 0.1 |
| 160 | 490 | AAM | 1 | LIVING ROOM | B | DOOR | WOOD | DOOR | INTACT | 2/3/2015 9:44 | 2.81 | 1.28 | Negative | 0.07 | 0.06 |
| 161 | 490 | AAM | 1 | LIVING ROOM | C | DOOR | WOOD | DOOR | INTACT | 2/3/2015 9:44 | 2.82 | 1.41 | Negative | 0.08 | 0.07 |
| 162 | 490 | AAM | 1 | LIVING ROOM | C | DOOR | WOOD | JAMB | INTACT | 2/3/2015 9:44 | 2.33 | 1 | Negative | 0.08 | 0.06 |
| 163 | 490 | AAM | 1 | LIVING ROOM | C | DOOR | WOOD | CASING | INTACT | 2/3/2015 9:45 | 2.34 | 1 | Negative | 0.05 | 0.05 |
| 164 | 490 | AAM | 1 | LIVING ROOM | C | BOOKCASE | WOOD | FRAME | INTACT | 2/3/2015 9:45 | 2.33 | 1.24 | Negative | 0.07 | 0.07 |
| 165 | 490 | AAM | 1 | LIVING ROOM | C | BOOKCASE | WOOD | DRAWER | INTACT | 2/3/2015 9:45 | 1.88 | 2.02 | Negative | 0.12 | 0.13 |
| 166 | 490 | AAM | 1 | LIVING ROOM | C | BOOKCASE | WOOD | DOOR | INTACT | 2/3/2015 9:46 | 2.34 | 1 | Negative | 0.06 | 0.06 |
| 167 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | WOOD | DOOR | INTACT | 2/3/2015 9:46 | 2.34 | 1.17 | Negative | 0.07 | 0.07 |
| 168 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | WOOD | CASING | INTACT | 2/3/2015 9:46 | 2.34 | 1.3 | Negative | 0.07 | 0.07 |
| 169 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | WOOD | JAMB | INTACT | 2/3/2015 9:46 | 1.86 | 1 | Negative | 0.03 | 0.04 |
| 170 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | WOOD | SHELF | INTACT | 2/3/2015 9:46 | 1.86 | 2 | Positive | 4.4 | 1.1 |
| 171 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | WOOD | BRACKET | INTACT | 2/3/2015 9:47 | 0.94 | 10 | Positive | 18.5 | 8.3 |
| 172 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | WOOD | BRACKET | INTACT | 2/3/2015 9:47 | 0.46 | 10 | Positive | 22.1 | 14.4 |
| 173 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | PLASTER | WALL | INTACT | 2/3/2015 9:47 | 1.42 | 10 | Positive | 19.1 | 5.3 |
| 174 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | PLASTER | WALL | INTACT | 2/3/2015 9:47 | 1.41 | 10 | Positive | 20.1 | 5.3 |
| 175 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | PLASTER | CEILING | INTACT | 2/3/2015 9:47 | 0.47 | 10 | Positive | 20.7 | 14.5 |
| 176 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | WOOD | BASEBOARD | INTACT | 2/3/2015 9:48 | 3.28 | 1.32 | Positive | 2.4 | 1.2 |
| 177 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | WOOD | BASEBOARD | INTACT | 2/3/2015 9:48 | 1.87 | 1.1 | Negative | 0.08 | 0.07 |
| 178 | 490 | AAM | 1 | LIVING ROOM | C | CLOSET | WOOD | BASEBOARD | INTACT | 2/3/2015 9:48 | 1.89 | 1.18 | Negative | 0.11 | 0.09 |
| 179 | 490 | AAM | 1 | LIVING ROOM | C | WALL | WOOD | CASING | INTACT | 2/3/2015 9:48 | 1.39 | 2.05 | Negative | 0.1 | 0.12 |
| 180 | 490 | AAM | 1 | LIVING ROOM | C | WALL | DRYWALL | WALL | INTACT | 2/3/2015 9:49 | 1.39 | 1.63 | Negative | 0 | 0.02 |
| 181 | 490 | AAM | 1 | LIVING ROOM | D | WALL | PLASTER | WALL | INTACT | 2/3/2015 9:50 | 51.99 | 10 | Positive | 1.3 | 0.2 |
| 182 | 490 | AAM | 1 | LIVING ROOM | D | WALL | WOOD | LOWER | INTACT | 2/3/2015 9:50 | 1.86 | 1.08 | Negative | 0.06 | 0.08 |
| 183 | 490 | AAM | 1 | LIVING ROOM | D | WALL | WOOD | BASEBOARD | INTACT | 2/3/2015 9:51 | 1.87 | 1 | Negative | 0.05 | 0.05 |
| 184 | 490 | AAM | 1 | LIVING ROOM | D | WALL | METAL | VENT | INTACT | 2/3/2015 9:51 | 2.79 | 1 | Negative | 0.02 | 0.03 |
| 185 | 490 | AAM | 1 | LIVING ROOM | D | FIREPLACE | METAL | VENT | INTACT | 2/3/2015 9:51 | 2.35 | 1.49 | Negative | 0.14 | 0.11 |

## Lead-Based Paint Inspection by Enviro-Test for Roger Archibald @ 490 Macdonough Street, Lower Level, Brooklyn, NY

| # | Addr | | | Side | Room | Structure | Substrate | Component | Cond. | R1 | R2 | Result | V1 | V2 | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 186 | 490 | AAM | 1 | D | LIVING ROOM | FIREPLACE | METAL | DOOR | INTACT | 2.35 | 1.17 | Negative | 0.09 | 0.08 | mg / cm ^2 |
| 187 | 490 | AAM | 1 | D | LIVING ROOM | FIREPLACE | WOOD | FRAME | INTACT | 1.89 | 1.02 | Negative | 0.13 | 0.09 | mg / cm ^2 |
| 188 | 490 | AAM | 1 | A | LIVING ROOM | WALL | PLASTER | WALL | INTACT | 60 | 10 | Positive | 1 | 0.2 | mg / cm ^2 |
| 189 | 490 | AAM | 1 | A | LIVING ROOM | CEILING | PLASTER | CROWN MOLDING | INTACT | 6.07 | 5.83 | Negative | 0.02 | 0.03 | mg / cm ^2 |
| 190 | 490 | AAM | 1 | B | LIVING ROOM | CEILING | DRYWALL | CEILING | INTACT | 6.08 | 2.43 | Negative | 0 | 0.02 | mg / cm ^2 |
| 191 | 490 | AAM | 1 | A | LIVING ROOM | CEILING | DRYWALL | CEILING | INTACT | 0.93 | 10 | Positive | 29.4 | 11.6 | mg / cm ^2 |
| 192 | 490 | AAM | 1 | A | HALL | WALL | DRYWALL | WALL* | INTACT | 1.41 | 10 | Positive | 35.6 | 7.5 | mg / cm ^2 |
| 193 | 490 | AAM | 1 | A | HALL | DOOR | WOOD | DOOR | INTACT | 2.35 | 10 | Negative | 0.05 | 0.05 | mg / cm ^2 |
| 194 | 490 | AAM | 1 | A | HALL | DOOR | WOOD | JAMB | INTACT | 2.35 | 1 | Negative | 0.05 | 0.05 | mg / cm ^2 |
| 195 | 490 | AAM | 1 | B | HALL | CLOSET | WOOD | CASING | INTACT | 1.87 | 1.62 | Positive | 4.3 | 1 | mg / cm ^2 |
| 196 | 490 | AAM | 1 | B | HALL | CLOSET | WOOD | DOOR | INTACT | 2.35 | 2.42 | Negative | 0.3 | 0.2 | mg / cm ^2 |
| 197 | 490 | AAM | 1 | B | HALL | CLOSET | WOOD | DOOR | INTACT | 0.94 | 1.74 | Positive | 7.2 | 4.9 | mg / cm ^2 |
| 198 | 490 | AAM | 1 | B | HALL | WALL | PLASTER | WALL | INTACT | 1.41 | 6.92 | Positive | 31.7 | 6.9 | mg / cm ^2 |
| 199 | 490 | AAM | 1 | B | HALL | WALL | PLASTER | WALL | INTACT | 1.41 | 9.3 | Positive | 11.6 | 4.2 | mg / cm ^2 |
| 200 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | SHELF | INTACT | 0.94 | 1.51 | Positive | 3.6 | 1.5 | mg / cm ^2 |
| 201 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | SHELF | INTACT | 1.42 | 1.34 | Positive | 1.9 | 0.9 | mg / cm ^2 |
| 202 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | DOOR | INTACT | 1.41 | 1.51 | Positive | 3.9 | 1.4 | mg / cm ^2 |
| 203 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | FRAME | INTACT | 0.95 | 1.44 | Positive | 3.9 | 1.6 | mg / cm ^2 |
| 204 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | DRAWER | INTACT | 1.41 | 1.54 | Positive | 3 | 0.8 | mg / cm ^2 |
| 205 | 490 | AAM | 1 | B | HALL | DOOR | WOOD | DRAWER | INTACT | 0.94 | 1.55 | Positive | 3.2 | 1.4 | mg / cm ^2 |
| 206 | 490 | AAM | 1 | C | HALL | DOOR | WOOD | CASING | INTACT | 1.87 | 1.66 | Positive | 3.3 | 0.8 | mg / cm ^2 |
| 207 | 490 | AAM | 1 | C | HALL | DOOR | WOOD | JAMB | INTACT | 1.41 | 10 | Positive | 8 | 3.3 | mg / cm ^2 |
| 208 | 490 | AAM | 1 | C | HALL | WALL | DRYWALL | WALL* | INTACT | 0.94 | 10 | Positive | 33.5 | 12.3 | mg / cm ^2 |
| 209 | 490 | AAM | 1 | D | HALL | WALL | DRYWALL | WALL* | INTACT | 0.94 | 10 | Positive | 33.8 | 12.6 | mg / cm ^2 |
| 210 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | CASING | INTACT | 2.35 | 1.48 | Positive | 2.8 | 0.6 | mg / cm ^2 |
| 211 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | DOOR | INTACT | 1.89 | 1.44 | Positive | 3 | 0.7 | mg / cm ^2 |
| 212 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | JAMB | INTACT | 0.94 | 1.36 | Positive | 2.7 | 1.2 | mg / cm ^2 |
| 213 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | SHELF | INTACT | 1.88 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 214 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | SUPPORT | INTACT | 4.2 | 5.47 | Positive | 2.2 | 0.8 | mg / cm ^2 |
| 215 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | SUPPORT | INTACT | 2.33 | 8.89 | Positive | 3.6 | 1.7 | mg / cm ^2 |
| 216 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | BASEBOARD | INTACT | 2.82 | 2 | Negative | 0.3 | 0.21 | mg / cm ^2 |
| 217 | 490 | AAM | 1 | D | HALL | CLOSET | PLASTER | CEILING | INTACT | 0.94 | 1.52 | Positive | 11.8 | 6.8 | mg / cm ^2 |
| 218 | 490 | AAM | 1 | D | HALL | WALL | WOOD | BASEBOARD | INTACT | 0.93 | 1.52 | Positive | 3.6 | 1.6 | mg / cm ^2 |
| 219 | 490 | AAM | 1 | A | ENTRY HALL | WALL | DRYWALL | WALL* | INTACT | 0.94 | 10 | Positive | 33.9 | 12.9 | mg / cm ^2 |
| 220 | 490 | AAM | 1 | A | ENTRY HALL | DOOR | WOOD | DOOR | INTACT | 1.89 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 221 | 490 | AAM | 1 | A | ENTRY HALL | DOOR | WOOD | CASING | INTACT | 1.42 | 2.16 | Positive | 8.1 | 3.3 | mg / cm ^2 |
| 222 | 490 | AAM | 1 | B | ENTRY HALL | CASING | WOOD | CASING | INTACT | 1.9 | 1.94 | Positive | 9.6 | 2.9 | mg / cm ^2 |
| 223 | 490 | AAM | 1 | B | ENTRY HALL | WALL | WOOD | PANEL | INTACT | 0.94 | 1.59 | Positive | 3.8 | 1.7 | mg / cm ^2 |
| 224 | 400 | AAM | 1 | B | ENTRY HALL | WALL | DRYWALL | WALL | INTACT | 2.35 | 10 | Negative | 0 | 0.02 | mg / cm ^2 |
| 225 | 490 | AAM | 1 | B | ENTRY HALL | CLOSET | PLASTER | WALL | INTACT | 6.99 | 10 | Null | 0.3 | 0.18 | mg / cm ^2 |
| 226 | 490 | AAM | 1 | B | ENTRY HALL | CLOSET | PLASTER | WALL | INTACT | 1.42 | 10 | Positive | 17.5 | 5 | mg / cm ^2 |
| 227 | 490 | AAM | 1 | B | ENTRY HALL | SHELF | WOOD | SHELF | INTACT | 3.74 | 1.47 | Negative | 0 | 0.02 | mg / cm ^2 |
| 228 | 490 | AAM | 1 | B | ENTRY HALL | WALL | WOOD | WALL | INTACT | 2.34 | 10 | Negative | 0 | 0.02 | mg / cm ^2 |
| 229 | 490 | AAM | 1 | B | ENTRY HALL | WALL | DRYWALL | WALL | INTACT | 5.15 | 1.66 | Negative | 0 | 0.04 | mg / cm ^2 |
| 230 | 490 | AAM | 1 | B | ENTRY HALL | WALL | DRYWALL | WALL | INTACT | 5.15 | 2.38 | Negative | 0.05 | 0.04 | mg / cm ^2 |
| 231 | 490 | AAM | 1 | C | ENTRY HALL | CLOSET | WOOD | DOOR | INTACT | 1.89 | 4.16 | Positive | 2.7 | 1.2 | mg / cm ^2 |

Lead-Based Paint Inspection by Enviro-Test for Roger Archibald @

490 Macdonough Street, Lower Level, Brooklyn, NY

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 232 | 490 | AAM | 1 | C | ENTRY HALL | DOOR | WOOD | CASING | INTACT | 1.9 | 2/3/2015 10:09 | 1.36 | Negative | 0.06 | 0.07 | mg / cm ^2 |
| 233 | 490 | AAM | 1 | D | ENTRY HALL | DOOR | WOOD | CASING | INTACT | 1.88 | 2/3/2015 10:09 | 1 | Negative | 0.04 | 0.05 | mg / cm ^2 |
| 234 | 490 | AAM | 1 | D | ENTRY HALL | DOOR | WOOD | JAMB | INTACT | 1.41 | 2/3/2015 10:09 | 1.99 | Negative | 0.1 | 0.14 | mg / cm ^2 |
| 235 | 490 | AAM | 1 | D | ENTRY HALL | WALL | WOOD | BASEBOARD | INTACT | 1.89 | 2/3/2015 10:09 | 4 | Negative | 0.19 | 0.24 | mg / cm ^2 |
| 236 | 490 | AAM | 1 | D | ENTRY HALL | WALL | DRYWALL | WALL | INTACT | 2.81 | 2/3/2015 10:09 | 2.11 | Negative | 0.05 | 0.07 | mg / cm ^2 |
| 237 | 490 | AAM | 1 | C | ENTRY HALL | CEILING | DRYWALL | CEILING | INTACT | 1.87 | 2/3/2015 10:10 | 1 | Negative | 0 | 0.02 | mg / cm ^2 |
| 238 | 490 | AAM | 1 | C | ENTRY HALL | CEILING | DRYWALL | CEILING | INTACT | 5.14 | 2/3/2015 10:10 | 2.15 | Negative | 0 | 0.02 | mg / cm ^2 |
| 239 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 1.0 | OK | 20.15 | 2/5/2015 10:39 | 1.08 | Negative | 0.9 | 0.1 | mg / cm ^2 |
| 240 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 1.6 | OK | 6.07 | 2/8/2015 10:39 | 1.15 | Positive | 1.5 | 0.1 | mg / cm ^2 |
| 241 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 3.5 | OK | 10.79 | 2/3/2015 10:39 | 1.26 | Positive | 3.1 | 0.2 | mg / cm ^2 |

Lead-Based Paint Inspection by Enviro-Test for Roger Archibald @
490 Macdonough Street, Lower Level, Brooklyn, NY

| No | SITE | INSP | FLR | SIDE | ROOM | COMPONENT | SUBSTRATE | FEATURE | COND | Sec | Time | DI | Results | PbC | PbC Error | Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 1.6 | OK | 11.71 | 2/3/2015 8:59 | 1.11 | Positive | 1.4 | 0.1 | mg / cm ^2 |
| 97 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 3.5 | OK | 10.82 | 2/3/2015 8:59 | 1.25 | Positive | 3.1 | 0.2 | mg / cm ^2 |
| 99 | 490 | AAM | 1 | A | REAR ROOM | DOOR | WOOD | CASING | INTACT | 1.87 | 2/3/2015 9:24 | 10 | Positive | 7.2 | 2.6 | mg / cm ^2 |
| 100 | 490 | AAM | 1 | A | REAR ROOM | DOOR | WOOD | JAMB | INTACT | 1.86 | 2/3/2015 9:25 | 10 | Positive | 7.1 | 2.7 | mg / cm ^2 |
| 108 | 490 | AAM | 1 | C | REAR ROOM | DOOR | WOOD | DOOR | INTACT | 1.87 | 2/3/2015 9:27 | 10 | Positive | 8.8 | 2.9 | mg / cm ^2 |
| 109 | 490 | AAM | 1 | C | REAR ROOM | DOOR | WOOD | CASING | INTACT | 2.35 | 2/3/2015 9:27 | 10 | Positive | 7.5 | 2.8 | mg / cm ^2 |
| 110 | 490 | AAM | 1 | C | REAR ROOM | DOOR | WOOD | JAMB | INTACT | 2.35 | 2/3/2015 9:28 | 10 | Positive | 4.2 | 1.9 | mg / cm ^2 |
| 111 | 490 | AAM | 1 | | REAR ROOM | WINDOW | WOOD | CASING | INTACT | 2.82 | 2/3/2015 9:28 | 9.35 | Positive | 4.5 | 1.8 | mg / cm ^2 |
| 114 | 490 | AAM | 1 | C LFT | REAR ROOM | WINDOW | WOOD | CASING | INTACT | 6.08 | 2/3/2015 9:29 | 10 | Positive | 4.7 | 0.8 | mg / cm ^2 |
| 122 | 490 | AAM | 1 | C RHT | BATHROOM | CEILING | DRYWALL | CEILING* | INTACT | 4.2 | 2/3/2015 9:31 | 1 | Positive | 1.7 | 0.7 | mg / cm ^2 |
| 136 | 490 | AAM | 1 | A | KITCHEN | DOOR | WOOD | CASING | INTACT | 0.94 | 2/3/2015 9:35 | 10 | Positive | 7.1 | 5.2 | mg / cm ^2 |
| 137 | 490 | AAM | 1 | A | KITCHEN | DOOR | WOOD | JAMB | INTACT | 1.4 | 2/3/2015 9:35 | 7.42 | Positive | 15.1 | 4.4 | mg / cm ^2 |
| 138 | 490 | AAM | 1 | A | KITCHEN | DOOR | WOOD | DOOR | INTACT | 2.8 | 2/3/2015 9:35 | 7.65 | Positive | 2.2 | 1.1 | mg / cm ^2 |
| 146 | 490 | AAM | 1 | A | LIVING ROOM | WALL | DRYWALL | WALL* | INTACT | 18.31 | 2/3/2015 9:39 | 7.67 | Positive | 1.4 | 0.4 | mg / cm ^2 |
| 166 | 490 | AAM | 1 | B | LIVING ROOM | WALL | DRYWALL | WALL* | INTACT | 0.94 | 2/3/2015 9:43 | 60 | Positive | 1.1 | 0.2 | mg / cm ^2 |
| 170 | 490 | AAM | 1 | C | LIVING ROOM | CLOSET | WOOD | SHELF | INTACT | 1.86 | 2/3/2015 9:46 | 2 | Positive | 4.4 | 1.1 | mg / cm ^2 |
| 171 | 490 | AAM | 1 | C | LIVING ROOM | CLOSET | WOOD | BRACKET | INTACT | 0.94 | 2/3/2015 9:47 | 10 | Positive | 18.5 | 8.3 | mg / cm ^2 |
| 172 | 490 | AAM | 1 | C | LIVING ROOM | CLOSET | WOOD | BRACKET | INTACT | 0.46 | 2/3/2015 9:47 | 10 | Positive | 22.1 | 14.4 | mg / cm ^2 |
| 173 | 490 | AAM | 1 | C | LIVING ROOM | CLOSET | PLASTER | WALL | INTACT | 1.42 | 2/3/2015 9:47 | 10 | Positive | 19.1 | 5.3 | mg / cm ^2 |
| 174 | 490 | AAM | 1 | C | LIVING ROOM | CLOSET | PLASTER | WALL | INTACT | 1.41 | 2/3/2015 9:47 | 10 | Positive | 20.1 | 5.3 | mg / cm ^2 |
| 175 | 490 | AAM | 1 | C | LIVING ROOM | CLOSET | PLASTER | CEILING | INTACT | 0.47 | 2/3/2015 9:47 | 10 | Positive | 20.7 | 14.5 | mg / cm ^2 |
| 176 | 490 | AAM | 1 | C | LIVING ROOM | CLOSET | WOOD | BASEBOARD | INTACT | 3.28 | 2/3/2015 9:48 | 1.32 | Positive | 2.4 | 1.2 | mg / cm ^2 |
| 181 | 490 | AAM | 1 | D | LIVING ROOM | WALL | PLASTER | WALL | INTACT | 51.99 | 2/3/2015 9:50 | 10 | Positive | 1.3 | 0.2 | mg / cm ^2 |
| 188 | 490 | AAM | 1 | D | LIVING ROOM | WALL | PLASTER | WALL | INTACT | 60 | 2/3/2015 9:53 | 10 | Positive | 1 | 0.2 | mg / cm ^2 |
| 191 | 490 | AAM | 1 | B | HALL | CEILING | DRYWALL | CEILING | INTACT | 0.93 | 2/3/2015 9:56 | 10 | Positive | 29.4 | 11.6 | mg / cm ^2 |
| 192 | 490 | AAM | 1 | A | HALL | WALL | DRYWALL | WALL* | INTACT | 1.41 | 2/3/2015 9:56 | 10 | Positive | 35.6 | 7.5 | mg / cm ^2 |
| 195 | 490 | AAM | 1 | A | HALL | DOOR | WOOD | CASING | INTACT | 1.41 | 2/3/2015 9:57 | 1.62 | Positive | 4.3 | 1 | mg / cm ^2 |
| 197 | 490 | AAM | 1 | B | HALL | CLOSET | WOOD | DOOR | INTACT | 0.94 | 2/3/2015 9:57 | 1.74 | Positive | 7.2 | 4.9 | mg / cm ^2 |
| 198 | 490 | AAM | 1 | B | HALL | WALL | PLASTER | WALL | INTACT | 1.41 | 2/3/2015 9:57 | 6.92 | Positive | 31.7 | 6.9 | mg / cm ^2 |
| 199 | 490 | AAM | 1 | B | HALL | CABINET | PLASTER | WALL | INTACT | 1.41 | 2/3/2015 9:58 | 9.3 | Positive | 11.6 | 4.2 | mg / cm ^2 |
| 200 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | SHELF | INTACT | 0.94 | 2/3/2015 9:58 | 1.51 | Positive | 3.6 | 1.5 | mg / cm ^2 |
| 201 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | SHELF | INTACT | 1.42 | 2/3/2015 9:58 | 1.34 | Positive | 1.9 | 0.9 | mg / cm ^2 |
| 202 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | DOOR | INTACT | 1.41 | 2/3/2015 9:58 | 1.51 | Positive | 3.9 | 1.4 | mg / cm ^2 |
| 203 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | FRAME | INTACT | 0.95 | 2/3/2015 9:58 | 1.44 | Positive | 3.9 | 1.6 | mg / cm ^2 |
| 204 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | DRAWER | INTACT | 1.41 | 2/3/2015 9:59 | 1.54 | Positive | 3 | 0.8 | mg / cm ^2 |
| 205 | 490 | AAM | 1 | B | HALL | CABINET | WOOD | DRAWER | INTACT | 0.94 | 2/3/2015 9:59 | 1.55 | Positive | 3.2 | 1.4 | mg / cm ^2 |
| 206 | 490 | AAM | 1 | C | HALL | CABINET | WOOD | CASING | INTACT | 1.87 | 2/3/2015 9:59 | 1.66 | Positive | 3.3 | 0.8 | mg / cm ^2 |
| 207 | 490 | AAM | 1 | C | HALL | DOOR | WOOD | JAMB | INTACT | 1.41 | 2/3/2015 9:59 | 10 | Positive | 8 | 3.3 | mg / cm ^2 |
| 208 | 490 | AAM | 1 | D | HALL | WALL | DRYWALL | WALL* | INTACT | 0.94 | 2/3/2015 9:59 | 10 | Positive | 33.5 | 12.3 | mg / cm ^2 |
| 209 | 490 | AAM | 1 | D | HALL | WALL | DRYWALL | WALL* | INTACT | 0.94 | 2/3/2015 9:59 | 10 | Positive | 33.8 | 12.6 | mg / cm ^2 |
| 210 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | CASING | INTACT | 2.35 | 2/3/2015 10:00 | 1.48 | Positive | 2.8 | 0.6 | mg / cm ^2 |
| 211 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | DOOR | INTACT | 1.89 | 2/3/2015 10:00 | 1.44 | Positive | 3 | 0.7 | mg / cm ^2 |
| 212 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | JAMB | INTACT | 0.94 | 2/3/2015 10:01 | 1.36 | Positive | 2.7 | 1.2 | mg / cm ^2 |
| 214 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | SUPPORT | INTACT | 4.2 | 2/3/2015 10:02 | 5.47 | Positive | 2.2 | 0.8 | mg / cm ^2 |
| 215 | 490 | AAM | 1 | D | HALL | CLOSET | WOOD | SUPPORT | INTACT | 2.33 | 2/3/2015 10:02 | 8.89 | Positive | 3.6 | 1.7 | mg / cm ^2 |

Lead-Based Paint Inspection by Enviro-Test for Roger Archibald @

490 Macdonough Street, Lower Level, Brooklyn, NY

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 217 | 490 | AAM | 1 | D | HALL | CLOSET | PLASTER | CEILING | INTACT | 0.94 | 2/3/2015 10:03 | 10 | Positive | 11.8 | 6.8 | mg / cm ^2 |
| 218 | 490 | AAM | 1 | D | HALL | WALL | WOOD | BASEBOARD | INTACT | 0.93 | 2/3/2015 10:03 | 1.52 | Positive | 3.6 | 1.6 | mg / cm ^2 |
| 219 | 490 | AAM | 1 | A | ENTRY HALL | WALL | DRYWALL | WALL* | INTACT | 0.94 | 2/3/2015 10:06 | 10 | Positive | 33.9 | 12.9 | mg / cm ^2 |
| 221 | 490 | AAM | 1 | A | ENTRY HALL | DOOR | WOOD | CASING | INTACT | 1.42 | 2/3/2015 10:06 | 2.16 | Positive | 8.1 | 3.3 | mg / cm ^2 |
| 222 | 490 | AAM | 1 | B | ENTRY HALL | CLOSET | WOOD | CASING | INTACT | 1.9 | 2/3/2015 10:06 | 1.94 | Positive | 9.6 | 2.9 | mg / cm ^2 |
| 223 | 490 | AAM | 1 | B | ENTRY HALL | WALL | WOOD | PANEL | INTACT | 0.94 | 2/3/2015 10:06 | 1.59 | Positive | 3.8 | 1.7 | mg / cm ^2 |
| 226 | 490 | AAM | 1 | B | ENTRY HALL | CLOSET | PLASTER | WALL | INTACT | 1.42 | 2/3/2015 10:07 | 10 | Positive | 17.5 | 5 | mg / cm ^2 |
| 231 | 490 | AAM | 1 | C | ENTRY HALL | CLOSET | WOOD | DOOR | INTACT | 1.89 | 2/3/2015 10:09 | 4.16 | Positive | 2.7 | 1.2 | mg / cm ^2 |
| 240 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 1.6 | OK | 6.07 | 2/3/2015 10:39 | 1.15 | Positive | 1.5 | 0.1 | mg / cm ^2 |
| 241 | 490 | AAM | | | CALIBRATE | XRF | | LEAD STD 3.5 | OK | 10.79 | 2/3/2015 10:39 | 1.26 | Positive | 3.1 | 0.2 | mg / cm ^2 |

Page 2 of 2