DATE _7/7/15_

BEFORE JUDGE _WEINSTEIN_          AT _9:30 am_

C/R _M. Nardone_                  C/D _June P. Lowe_

CIVIL CAUSE

ON TRIAL

Docket # _CV13-5059_

Title _NIKI HERNANDEZ-ADAMS et ano_       vs _MARK KIMPSON_

Appearances:   For Pltff. _STEPHEN CANTOR/STEVEN FRANKEL_

For Deft. _ROGER ARCHIBALD_

Other _____

_XXX_ _____ Case called.

_XXX_ _____ All parties present.

_✓_ _____ Trial resumed.

_✓_ _____ Trial continued to _7/8/15_ at _10:30 am_