DATE 7/10/15

BEFORE JUDGE **WEINSTEIN**  AT **9:30 am**

C/R **M. Nardone**  C/D **June P. Lowe**

CIVIL CAUSE

ON TRIAL

Docket # **CV13-5059**

Title **NIKI HERNANDEZ-ADAMS et ano** vs **MARK KIMPSON**

Appearances:  For Pltff. **STEPHEN CANTOR/STEVEN FRANKEL**

For Deft. **ROGER ARCHIBALD**

Other _____

| | |
|---|---|
| XXX | Case called. |
| XXX | All parties present. |
| ✓ | Trial resumed. |
| | Trial continued to _____ at _____ |
| ✓ | Jury trial ends |
| ✓ | Jury deliberations ordered and begun |
| ✓ | Jury deliberations end |
| ✓ | Jury finds in favor of pltff G.M.M. in the amount of $1,831,000.00 |
| ✓ | Jury finds in favor of pltff Hernandez-Adams in the amount of $124,000.00 |
| ✓ | Defendant's oral motion to set aside the verdict is denied |